07 CV 6707

JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIDAS FUND, INC.

                    Plaintiff,

    - against -

GAMMON GOLD, INC.,

                    Defendants.

Index No.

RULE 7.1 STATEMENT

JUL 25 2007
U.S.D.C. S.D.N.Y.
CASHIERS

---

Pursuant to Rule of Civil Procedure 7.1 [formerly Local General Rule 9.1] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for the plaintiff Midas Fund, Inc. (a private non-governmental party) certifies that said party has the following affiliates which are publicly held: Midas Special Fund, Inc.; Midas Dollar Reserves, Inc.; Foxby Corp.; Global Income Fund, Inc.; Winmill & Co. Incorporated; Bexil Corporation; and Tuxis Corporation.

Dated: New York, New York
         July 25, 2007

                                          GUZOV OFSINK, LLC

                                          By: _____
                                                   Gregory P. Vidler (7238)
                                         *Attorneys for Plaintiff*
                                         *Midas Fund, Inc.*
                                         600 Madison Avenue, 14th Floor
                                         New York, NY 10022
                                         (212) 371-8008