# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _August 20, 2007_
- at (place, street, number)
- *à (localité, rue numéro)* _Summit Place 1601 Lower Water Street Suite 402 Halifax Nova Scotia_
- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante :* _____

☒ (c) by delivery to the addressee, who accepted it voluntarily. *
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* _Glenn Hynes CFO Gammon Gold Inc._

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _CFO 902 468 0614_

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned: 1. Executed "Request" with Attachment "A", in duplicate
*Pièces renvoyées:* 2. "Certificate" (unexecuted), in duplicate
3. "Summary" with Attachment "B", in duplicate
4. "Notice", in duplicate
5. Summons in an Action, in duplicate
6. Complaint, in duplicate
7. Rule 7.1 Statement, in duplicate
8. Civil Cover Sheet, in duplicate
9. Individual Practices of Naomi Reice Buchwald United States District Judge, in duplicate
10. Critical Instructions to Attorneys, in duplicate
11. Individual Practices of magistrate Judge Ronald L. Ellis, in duplicate

Done at _Halifax_, the _20th of August, 2007_
*Fait à _____, le _____*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_Annette M. Boucher_

Signature and / or stamp.
*Signature et / ou cachet.*

_[signature] / Deputy Sheriff_

SWORN BEFORE ME AT HALIFAX, NOVA SCOTIA, CANADA, THIS 21st DAY OF AUGUST, 2007

_Annette M. Boucher_
(NOTARY PUBLIC)

ANNETTE M. BOUCHER
A Barrister of the Supreme
Court of Nova Scotia

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2