```
                                              Buchwald
                                        ┌─────────────────────┐
                                        │ USDC SDNY           │
                                        │ DOCUMENT            │
                                        │ ELECTRONICALLY FILED│
                                        │ DOC #: _____        │
                                        │ DATE FILED: 9/5/07  │
                                        └─────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDAS FUND, INC.,

        Plaintiff,

- against -

GAMMON GOLD, INC.,

        Defendants.

Index No.: 07-CV-6707 (NRB)

**AMENDED STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, who represent and warrant that they are fully authorized to execute this Stipulation on behalf of their respective clients, as follows:

      1.    Plaintiff Midas Fund, Inc. ("Midas") and Defendants Gammon Gold, Inc. ("Gammon"), through their undersigned counsel, state that the original date for Gammon to answer, move, or otherwise respond to the Amended Complaint was September 10, 2007.

      2.    Gammon has requested, and Midas has consented, to the extension of the date by which Gammon may answer, move, or otherwise respond to the Amended Complaint through and including October 4, 2007.

3. The parties have not previously requested an extension of time from the Court, and the extension requested herein will not affect any other scheduled dates in this action.

Dated: August 23, 2007

DORSEY & WHITNEY LLP                    GUZOV OFSINK, LLC

_____               _____
By: Brooke E. Pietrzak, Esq. (BP 7314)  By: Debra J. Guzov, Esq. (DG 7125)

250 Park Avenue                         600 Madison Avenue – 14th Floor
New York, New York 10177                New York, New York 10022
(212) 415-9200                          (212) 371-8008

*Attorneys for Defendants, Gammon Gold, Inc.*   *Attorneys for Plaintiff, Midas Fund, Inc.*

IT IS SO ORDERED:

Dated: September 4, 2007

_____
Hon. Naomi R. Buchwald
United States District Judge

2