UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDAS FUND, INC.,

          Plaintiff,

- against -

GAMMON GOLD, INC.,

          Defendant.

Index No.: 07-CV-6707 (NRB)

**NOTICE OF MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brooke E. Pietrzak, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

JOHN ROCK
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

JOHN ROCK is a member in good standing of the Bar of the State of Minnesota. There is no pending disciplinary proceeding against JOHN ROCK in any State or Federal court.

Dated: September 14, 2007
New York, New York

          Respectfully submitted,

          DORSEY & WHITNEY LLP

          By _____
          Brooke E. Pietrzak (BP-7314)

          250 Park Avenue
          New York, NY 10177
          Telephone: 212-415-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDAS FUND, INC.,

                Plaintiff,

- against -

GAMMON GOLD, INC.,

                Defendant.

Index No.: 07-CV-6707 (NRB)

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

BROOKE E. PIETRZAK, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Dorsey & Whitney LLP, counsel for defendant Gammon Gold, Inc. ("Gammon") in the above-captioned action. I am fully familiar with the proceedings in this case. I make this statement in support of Gammon's motion to admit John Rock as counsel pro hac vice in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June of 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Rock is an associate with Dorsey & Whitney LLP and works in the firm's Minneapolis office. Mr. Rock has practiced law for five years and is admitted to practice before the courts of Minnesota. A Certificate of Good Standing from the state of Minnesota for Mr. Rock is attached hereto as Exhibit A.

4. I have found Mr. Rock to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Mr. Rock is also fully familiar with the factual and legal issues presented in this action.

2

5.  Accordingly, I am pleased to move the admission of John Rock, pro hac vice.

6.  I respectfully submit a proposed order granting the admission of John Rock, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit John Rock, pro hac vice, to represent Gammon in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2007 at New York, New York.

Brooke E. Pietrzak (BP-7314)

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JOHN ANDREW ROCK

was duly admitted to practice as an lawyer and counselor at law in all the courts of this state on

October 25, 2002

Given under my hand and seal of this court on

September 07, 2007

Fredrick K. Grittner
Clerk of Appellate Courts



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDAS FUND, INC.,

                Plaintiff,

           - against -

GAMMON GOLD, INC.,

                Defendant.

Index No.: 07-CV-6707 (NRB)

**[PROPOSED]
ORDER FOR ADMISSION
<u>PRO HAC VICE</u>**

      Upon the Notice of Motion to Admit Counsel Pro Hac Vice and the Declaration in Support of Motion to Admit Counsel Pro Hac Vice, and the exhibits thereto;

      IT IS HEREBY ORDERED that JOHN ROCK is admitted to practice pro hac vice as counsel for defendant Gammon Gold, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>www.nysd.uscourts.gov</u>.

Dated: September __, 2007

                                                          _____
                                                               U.S.D.C. Judge

## ATTORNEY AFFIRMATION OF SERVICE

Brooke E. Pietrzak, Esq., being duly sworn, says:

I am an attorney admitted to practice in the State of New York, am not a party to this action, am over 18 years of age, and am associated with the law firm of Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177.

On September 14, 2007, I caused the within **Notice of Motion to Admit Counsel Pro Hac Vice** and **Declaration in Support of Motion to Admit Counsel Pro Hac Vice** to be served by first class mail, a true and correct copy being in a securely enclosed, postage-paid wrapper, addressed to the following individual:

Debra Guzov, Esq.
GUZOV OFSINK, LLC
600 Madison Avenue, 14th Floor
New York, NY 10022
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　Brooke E. Pietrzak