UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE

500 PEARL STREET

NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

October 1, 2007

Gregory P. Vidler, Esq.
Guzov Offsink, LLC
500 Madison Avenue, 14th Floor
New York, NY 10022

Thomas Swigert, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Brooke E. Pietrzak, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

## Re: Midas Fund v. Gammon Gold
## 07 Civ. 6707 (NRB)

Dear Counsel:

I have reviewed your letters of September 14 and 28, 2007. Having done so, I have concluded that the most sensible and efficient course of action is to permit the plaintiff to amend its complaint one last time and following service of the proposed amended complaint to set a date for all defendants to move against or answer the complaint. Any other course of action risks repetitive briefing of motions addressed to the sufficiency of the complaint.

Very truly yours,

Naomi Reice Buchwald
United States District Judge