# EXHIBIT A

# ONTARIO CORPORATION PROFILE REPORT FOR SCOTIA CAPITAL INC.

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 1

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name | Amalgamation Date |
|---|---|---|
| 1547185 | SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. | 2002/11/01 |
| | | Jurisdiction |
| | | ONTARIO |

| Corporation Type | Corporation Status | | Former Jurisdiction |
|---|---|---|---|
| ONTARIO BUSINESS CORP. | ACTIVE | | NOT APPLICABLE |

| Registered Office Address | | Date Amalgamated | Amalgamation Ind. |
|---|---|---|---|
| HELENA LAU<br>40 KING STREET WEST<br>66TH FLOOR | | NOT APPLICABLE | A |
| | | New Amal. Number | Notice Date |
| TORONTO<br>ONTARIO<br>CANADA  M5W 2X6 | | NOT APPLICABLE | NOT APPLICABLE |
| | | | Letter Date |
| Mailing Address | | | NOT APPLICABLE |
| | | Revival Date | Continuation Date |
| 40 KING STREET WEST<br>ATTN: HELENA LAU, SECRETARY'S DEPT<br>Suite # 8TH FLOOR<br>TORONTO<br>ONTARIO<br>CANADA  M5H 1H1 | | NOT APPLICABLE | NOT APPLICABLE |
| | | Transferred Out Date | Cancel/Inactive Date |
| | | NOT APPLICABLE | NOT APPLICABLE |
| | | EP Licence Eff.Date | EP Licence Term.Date |
| | | NOT APPLICABLE | NOT APPLICABLE |

| | Number of Directors | | Date Commenced | Date Ceased |
|---|---|---|---|---|
| | Minimum | Maximum | In Ontario | In Ontario |
| | 00005 | 00020 | NOT APPLICABLE | NOT APPLICABLE |

Activity Classification

NOT AVAILABLE

This is Exhibit...A... referred to in the
Affidavit of...ELLIOT A.LAU...
sworn before me, this............day of
...November..., 20.07

............................................
A Notary in and for
The Province of...ONTARIO
CANADA

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 2

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 1547185 | SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. |

| Corporate Name History | Effective Date |
|---|---|
| SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. | 2002/11/01 |

| | |
|---|---|
| Current Business Name(s) Exist: | YES |
| Expired Business Name(s) Exist: | YES - SEARCH REQUIRED FOR DETAILS |

**Amalgamating Corporations**

| Corporation Name | Corporate Number |
|---|---|
| SCOTIAMCLEOD HOLDINGS INC. | 640897 |
| SCOTIAMCLEOD CORPORATION | 640898 |
| SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. | 1619412 |

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 3

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1547185

**Corporation Name**

SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC.

**Administrator:**
**Name (Individual / Corporation)**

HAMISH
B.
ANGUS

**Address**

84A CRESCENT ROAD

TORONTO
ONTARIO
CANADA   M4W 1T5

| Date Began | First Director | |
|---|---|---|
| 2004/12/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
LESLIE
BROOKS

**Address**

2061 LAKESHORE ROAD EAST

OAKVILLE
ONTARIO
CANADA   L6J 1M4

| Date Began | First Director | |
|---|---|---|
| 2002/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID: 009656124  
Transaction ID: 33674741  
Category ID: UN/E  

Province of Ontario  
Ministry of Consumer and Business Services  
Companies and Personal Property Security Branch  

Date Report Produced: 2007/10/23  
Time Report Produced: 11:43:59  
Page: 4  

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1547185

**Corporation Name**

SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC.

**Administrator:**  
**Name (Individual / Corporation)**

JAMES  
MICHAEL  
DURLAND

**Address**

56 ENNISCLARE DRIVE EAST

OAKVILLE  
ONTARIO  
CANADA   L6J 4N2

**Date Began**

2007/06/05

**First Director**

NOT APPLICABLE

**Designation**

DIRECTOR

**Officer Type**

**Resident Canadian**

Y

---

**Administrator:**  
**Name (Individual / Corporation)**

CHRISTOPHER  
JOSEPH  
HODGSON

**Address**

27 FOREST GLEN CRESCENT

TORONTO  
ONTARIO  
CANADA   M4N 2E7

**Date Began**

2003/09/02

**First Director**

NOT APPLICABLE

**Designation**

DIRECTOR

**Officer Type**

**Resident Canadian**

Y

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 5

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 1547185 | SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. |

**Administrator:**
Name (Individual / Corporation)

CHRISTOPHER
JOSEPH
HODGSON

**Address**

27 FOREST GLEN CRESCENT

TORONTO
ONTARIO
CANADA   M4N 2E7

| Date Began | First Director | |
|---|---|---|
| 2005/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | PRESIDENT | Y |

**Administrator:**
Name (Individual / Corporation)

JOHN
FRANCIS
MADDEN

**Address**

986 GRAFTON COURT

PICKERING
ONTARIO
CANADA   L1X 2P2

| Date Began | First Director | |
|---|---|---|
| 2002/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 6

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 1547185 | SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. |

| Administrator: Name (Individual / Corporation) | | Address |
|---|---|---|
| LAURENT MARESCHAL | | 57 WOODSIDE AVENUE <br><br> TORONTO <br> ONTARIO <br> CANADA   M6P 1L9 |

| Date Began | First Director | |
|---|---|---|
| 2006/12/13 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

| Administrator: Name (Individual / Corporation) | | Address |
|---|---|---|
| STEPHEN DOUGLAS MCDONALD | | 110 GLEN ROAD <br><br> TORONTO <br> ONTARIO <br> CANADA   M4W 2V9 |

| Date Began | First Director | |
|---|---|---|
| 2005/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

| | | |
|---|---|---|
| Request ID: 009656124<br>Transaction ID: 33674741<br>Category ID: UN/E | Province of Ontario<br>Ministry of Consumer and Business Services<br>Companies and Personal Property Security Branch | Date Report Produced: 2007/10/23<br>Time Report Produced: 11:43:59<br>Page: 7 |

# CORPORATION PROFILE REPORT

**Ontario Corp Number**  
1547185

**Corporation Name**  
SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC.

---

**Administrator:**  
**Name (Individual / Corporation)**  
STEPHEN  
DOUGLAS  
MCDONALD  

**Address**  
110 GLEN ROAD  

TORONTO  
ONTARIO  
CANADA  M4W 2V9  

**Date Began**  
2005/11/01  

**First Director**  
NOT APPLICABLE  

**Designation**  
DIRECTOR  

**Officer Type**  

**Resident Canadian**  
Y  

---

**Administrator:**  
**Name (Individual / Corporation)**  
CHARLES  
JOHN  
SCHUMACHER  

**Address**  
1 ST. EDMUND'S DRIVE  

TORONTO  
ONTARIO  
CANADA  M4N 2P6  

**Date Began**  
2005/08/15  

**First Director**  
NOT APPLICABLE  

**Designation**  
DIRECTOR  

**Officer Type**  

**Resident Canadian**  
Y

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 8

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 1547185 | SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. |

**Administrator:**

| Name (Individual / Corporation) | | Address |
|---|---|---|
| CHARLES JOHN SCHUMACHER | | 1 ST. EDMUND'S DRIVE<br><br>TORONTO<br>ONTARIO<br>CANADA   M4N 2P6 |

| Date Began | First Director | |
|---|---|---|
| 2005/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**

| Name (Individual / Corporation) | | Address |
|---|---|---|
| MICHAEL K. WARMAN | | 598 BEAVER COURT<br><br>MILTON<br>ONTARIO<br>CANADA   L9T 4A9 |

| Date Began | First Director | |
|---|---|---|
| 2002/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 9

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1547185

**Corporation Name**

SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC.

**Administrator:**
**Name (Individual / Corporation)**

MICHAEL
K.
WARMAN

**Address**

598 BEAVER COURT

MILTON
ONTARIO
CANADA   L9T 4A9

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 2002/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | CHIEF FINANCIAL OFFICER | |

**Name (Individual / Corporation)**

MARY
CECILIA
WILLIAMS

**Administrator:**
**Address**

1525 WATESKA BOULEVARD

MISSISSAUGA
ONTARIO
CANADA   L5H 2R4

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 2005/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 10

# CORPORATION PROFILE REPORT

| | |
|---|---|
| **Ontario Corp Number** | **Corporation Name** |
| 1547185 | SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC. |

**Administrator:**
**Name (Individual / Corporation)**

MARY
CECILIA
WILLIAMS

**Address**

1525 WATESKA BOULEVARD

MISSISSAUGA
ONTARIO
CANADA  L5H 2R4

| Date Began | First Director | |
|---|---|---|
| 2005/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | SECRETARY | Y |

Request ID: 009656124
Transaction ID: 33674741
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:43:59
Page: 11

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1547185

**Corporation Name**

SCOTIA CAPITAL INC./SCOTIA CAPITAUX INC.

**Last Document Recorded**
**Act/Code Description**                     **Form**        **Date**

CIA    CHANGE NOTICE                          1              2007/06/19  (ELECTRONIC FILING)

THIS REPORT SETS OUT THE MOST RECENT INFORMATION FILED BY THE CORPORATION ON OR AFTER JUNE 27, 1992, AND RECORDED IN THE ONTARIO BUSINESS INFORMATION SYSTEM AS AT THE DATE AND TIME OF PRINTING. ALL PERSONS WHO ARE RECORDED AS CURRENT DIRECTORS OR OFFICERS ARE INCLUDED IN THE LIST OF ADMINISTRATORS.

PLEASE NOTE THAT WHEN THE SAME INDIVIDUAL HOLDS MULTIPLE 'OTHER UNTITLED' OFFICER POSITIONS, AS INDICATED ON A FORM 1 UNDER THE *CORPORATIONS INFORMATION ACT*, ONLY ONE OF THESE 'OTHER UNTITLED' POSITIONS HELD BY THAT INDIVIDUAL WILL BE REFLECTED ON THIS REPORT. FOR COMPLETE INFORMATION, CONTACT COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH.

ADDITIONAL HISTORICAL INFORMATION MAY EXIST ON THE COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH MICROFICHE.

The issuance of this report in electronic form is authorized by the Director of Companies and Personal Property Security Branch.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDAS FUND, INC.<br><br>                    Plaintiff,<br><br>      - against -<br><br>GAMMON GOLD, INC., FRED GEORGE, BRADLEY LANGILLE, RUSSEL BARWICK, COLIN SUTHERLAND, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC.<br><br>                    Defendants. | Index No.   7 CV 6707 (NRB)<br><br>AFFIDAVIT OF SERVICE UPON BMO NESBITT BURNS INC. |

I, Alena Hegedus, Process Server and Agent for the Bouchard Group of Companies, located at 220 Hunt Club Road, Unit 4, Ottawa, Ontario K1V 1C1, Canada, do hereby make oath and do solemnly swear:

1. That I am over the age of 21 and a non-party to this action and am authorized to serve process in Canada;

2. That on or about October 27, 2007, I was instructed by my manager, Ginette Bouchard, in turn instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn instructed by plaintiff's attorneys Guzov Ofsink LLC to serve upon defendant BMO Nesbitt Burns Inc. the following documents filed in the present action:

   - Hague Service Convention "Notice"
   - Hague Service Convention "Summary of the Document to be Served" with Attachment "A"
   - Amended Summons in a Civil Action
   - Second Amended Complaint
   - Rule 7.1 Statement
   - Individual Practices of Naomi Reice Buchwald
   - 3rd Amended Instructions for Filing an Electronic Case or Appeal
   - Procedures for Electronic Case Filing
   - Guidelines for Electronic Case Filing

3.  That according to research performed by the Bouchard Group of Companies, BMO Nesbitt Burns Inc.'s registered address is 1 First Canadian Place, 21st Floor, Toronto, Ontario M5X 1A1 Canada (*See* BMO Nesbitt Burns Inc.'s Canada Business Corporations Act Report, attached hereto as Exhibit A);

4.  That on October 30, 2007 at approximately 12:05 P.M., I did travel to 1 First Canadian Place in Toronto where I met with a woman who identified herself as Nelly Coutinho, Legal Assistant for BMO Nesbitt Burns Inc.;

5.  That Ms. Coutinho confirmed to me she was authorized to accept service of process on behalf of BMO Nesbitt Burns Inc. and I handed her the above-referenced documents, which she accepted, and said, "You are served with legal process on behalf of BMO Nesbitt Burns Inc.";

6.  That Ms. Coutinho is a caucasian female, approximately 34 years old, 5'3" tall, 140 pounds, with brown hair, hazel eyes and thick framed glasses;

7.  That I believe service to have been effected upon defendant BMO Nesbitt Burns Inc. in accordance with a method prescribed by the internal laws of Ontario, Canada for civil matters within the jurisdiction and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* and in compliance with the laws of the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at Toronto, Ontario, Canada before me on this day _____ of November 2007.

A Notary in and for the Province of Ontario. My Appointment expires when I cease to practice Law.

Alena Hegedus, Process Server

# EXHIBIT A

# CANADA BUSINESS CORPORATIONS ACT REPORT FOR BMO NESBITT BURNS INC.

**Corporation #3074234 BN #103854261RC0001**
Corporation Name(s):     BMO NESBITT BURNS INC.

Old Name(s) and Change Date(s)
    NESBITT BURNS INC. - 2000/02/15

| | |
|---|---|
| Mailing Address: | [Latest address on file] |
| Care of: | YASMIN HORRA |
| Street: | 1 FIRST CANADIAN PLACE 21ST FLOOR |
| City: | TORONTO |
| Province: | Ontario |
| Postal Code: | M5X1A1 |
| Country: | Canada |

| | |
|---|---|
| Registered Office Address: | [Latest address on file] |
| Care of: | BMO NESBITT BURNS INC. |
| Street: | 1 FRIST CANADIAN PLACE 21ST FLOOR |
| City: | TORONTO |
| Province: | Ontario |
| Postal Code: | M5X1A1 |
| Country: | Canada |

| | |
|---|---|
| Country: | Canada |
| Reg. Off. Eff: | 2003/05/06 |

| Status | Date |
|---|---|
| Active | 1994/10/01 |

ACT Name: Canada Business Corporations Act
Incorporation:
Amalgamation: 1994/10/01
Continuance:
Anniversary: 1994/10/01
Import: -
Export: -

Proxy:
Prospectus:
Take Over:
Revival:
Intent to Dissolve:
Revocation of Intent:
Update: 2007/05/04

This is Exhibit _H_ referred to in the Affidavit of _ALENA HEGEDUS_ sworn before me, this _12_ day of _November_, 20_07_.

_[signature]_
A Notary in and for the Province of ONTARIO, CANADA

**Directors**

*NOTICE TO CLIENTS:*

Please note that directors residential addresses are no longer available online. The request for this information can be made in writing directly to Corporations Canada by:

E-mail: corporationscanada@ic.gc.ca

Fax: (613) 941-0601 or 941-5789

Letter: Attn: Head, Information and Certification Unit
9th Floor, Jean Edmonds Tower South
365 Laurier Avenue West
Ottawa, Ontario K1A 0C8

Please provide contact name, e-mail address, business address, telephone number and fax number.

*Current:* 6              *Last Update Date:* 2007/05/01
*Min:* 3                  *Last Amendment:*
*Max:* 99
*Director(s) name(s):*
LOUIS-JACQUES MÉNARD
DAVID CADWELL FERGUSON
GILLES GERARD OUELLETTE
ERIC CLIFTON TRIPP
YVAN JOSEPH PIERRE BOURDEAU
THOMAS VOYSEY MILROY

**Annual Return/Annual Summary(AR/AS)**
*NOTICE TO CLIENTS:*

Following the transition period resulting from the November 24, 2001 amendments to the Canada Business Corporations Act, the Act now refers to a minimum of 50 shareholders instead of 15

*Distributing:*              NO
*Number of Shareholders:*    <= 50 non-distrib
*Annual Meeting (Last):*     2006/01/19
*Enforcement Code:*
*Enforcement Date:*
*Taxation Year End:*         10/31

*AR/AS Filed:*
                             Received - with Fee - 2006
                             Received - with Fee - 2005
                             Received - with Fee - 2004

**Financial**
Financial reports are only available for distributing corporations

**Amalgamations**

Amalgamating Info:
2174561 NESBITT BURNS INC. 94/10/01
3071553 NESBITT BURNS CORP. 94/10/01

**Parent/Subsidiary**
No parent/subsidiary information for this corporation.