EXHIBIT A


ONTARIO CORPORATION PROFILE REPORT FOR
TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

Request ID: 009863119
Transaction ID: 33695101
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page: 1

*This is Exhibit ... referred to in the*
*Affidavit of ELLIOT MEAK*
*sworn before me this 12 day of*
*NOVEMBER 20 07*

*A Notary in and for ONTARIO - CANADA*
*The Province of .....*

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name | Incorporation Date |
|---|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC. LES VALEURS MOBILIERES TORONTO DOMINION INC. | 1987/06/05 |

**Jurisdiction**

ONTARIO

| Corporation Type | Corporation Status | Former Jurisdiction |
|---|---|---|
| ONTARIO BUSINESS CORP. | AMALGAMATED | NOT AVAILABLE |

**Registered Office Address**

CAMERON A BEHESHTI
12TH FLO TD TOWER, P.O.B. 1
TORONTO DOMINION CENTRE

TORONTO, ONTARIO
ONTARIO
CANADA  M5K 1A2

**Mailing Address**

CAMERON A BEHESHTI
12TH FLO TD TOWER, P.O.B. 1
TORONTO DOMINION CENTRE

TORONTO, ONTARIO
ONTARIO
CANADA  M5K 1A2

| Date Amalgamated | Amalgamation Ind. |
|---|---|
| 1996/01/01 | NOT APPLICABLE |

| New Amal. Number | Notice Date |
|---|---|
| 001158676 | NOT APPLICABLE |

| | Letter Date |
|---|---|
| | NOT APPLICABLE |

| Revival Date | Continuation Date |
|---|---|
| NOT APPLICABLE | NOT AVAILABLE |

| Transferred Out Date | Cancel/Inactive Date |
|---|---|
| NOT APPLICABLE | NOT APPLICABLE |

| EP Licence Eff.Date | EP Licence Term.Date |
|---|---|
| NOT APPLICABLE | NOT APPLICABLE |

| Number of Directors | | Date Commenced In Ontario | Date Ceased In Ontario |
|---|---|---|---|
| Minimum | Maximum | | |
| UNKNOWN | UNKNOWN | NOT APPLICABLE | NOT APPLICABLE |

**Activity Classification**

FINANCE/INSURANCE INDUSTRIES INCL. HOLDING & INVES

Request ID:        009963119
Transaction ID:    33695101
Category ID:       UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced:  2007/10/24
Time Report Produced:  16:43:36
Page:                  2

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

| Corporate Name History | Effective Date |
|---|---|
| TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. | 1988/01/20 |
| TD SECURITIES INC.<br>LES VALEURS MOBILIERES TD INC. | 1987/11/16 |
| TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. | 1987/09/30 |
| TD SECURITIES INC.<br>LES VALEURS MOBILIERES TD INC. | 1987/06/10 |
| TD SECURITIES INC. | 1987/06/05 |

| | |
|---|---|
| Current Business Name(s) Exist: | NO |
| Expired Business Name(s) Exist: | NO |

Request ID:    009983119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:38
Page:              3

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

CHARLES
J.
ADDISON

**Address**

4367 WEST 9TH AVENUE

VANCOUVER
BRITISH COLUMBIA
CANADA   V6R 2C8

| **Date Began** | **First Director** | |
|---|---|---|
| 1995/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

JAMES
B.
ALLEN

**Address**

2626 WOODCHESTER DRIVE

Suite # 127
MISSISSAUGA
ONTARIO
CANADA   M5K 1A2

| **Date Began** | **First Director** | |
|---|---|---|
| 1994/09/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33696101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              4

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

LORNE

ANDERSON

**Address**

49TH AVENUE

**Suite # 15172**
EDMONTON

CANADA

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/04/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

LORNE

ANDERSON

**Address**

15172 49TH AVENUE

EDMONTON
ALBERTA
CANADA   T6H 5M6

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/04/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:             5

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

LORNE

ANDERSON

**Address**

15172 49TH AVENUE

EDMONTON
ALBERTA
CANADA   T6H 5M8

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

G.F.
KYM
ANTHONY

**Address**

253 BALSAM DRIVE

OAKVILLE
ONTARIO
CANADA   L6J 3X7

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              8

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

G.F.
KYM
ANTHONY

**Address**

253 BALSAM DRIVE

OAKVILLE
ONTARIO
CANADA   L6J 3X7

| Date Began | First Director | |
| --- | --- | --- |
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

G.F.
KYM
ANTHONY

**Address**

| Date Began | First Director | |
| --- | --- | --- |
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                        7

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM

ARCHIBALD

**Address**

968 LONG DRIVE

BURLINGTON
ONTARIO
CANADA  L7T 3K1

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM

ARCHIBALD

**Address**

968 LONG DRIVE

BURLINGTON
ONTARIO
CANADA  L7T 3K1

| Date Began | First Director | |
|---|---|---|
| 1994/10/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  8

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC. LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM
C.
ARCHIBALD

**Address**

968 LONG DRIVE

BURLINGTON
ONTARIO
CANADA  L7T 3K1

| Date Began | First Director | |
|---|---|---|
| 1994/10/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

ROD
F.
ASHTARYEH

**Address**

1271 BRAMBLEWOOD LANE

MISSISSAUGA
ONTARIO
CANADA  L5H 1G8

| Date Began | First Director | |
|---|---|---|
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              9

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

PETER
J.
AUST

**Address**

16 LELAND AVENUE

TORONTO
ONTARIO
CANADA   M8Z 2X5

| Date Began | First Director | |
|---|---|---|
| 1987/06/10 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

PETER
J.
AUST

**Address**

16 LELAND AVENUE

TORONTO
ONTARIO
CANADA   M8Z 2X5

| Date Began | First Director | |
|---|---|---|
| 1987/06/10 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            10

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JAMES
M.
BABCOCK

**Address**

146 PORTSMOUTH BLVD

**Suite # #172**
WINNIPEG

CANADA

| **Date Began** | **First Director** | |
|---|---|---|
| 1989/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

JAMES
M.
BABCOCK

**Address**

146 PORTSMOUTH BLVD

**Suite # #172**
WINNIPEG

CANADA

| **Date Began** | **First Director** | |
|---|---|---|
| 1989/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:       009663119
Transaction ID: 33695101
Category ID:      UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          11

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

A.
CHARLES
BAILLIE

**Address**

78 CHESTNUT PARK ROAD

TORONTO
ONTARIO
CANADA  M4W 1W9

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1989/04/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

A.
CHARLES
BAILLIE

**Address**

78 CHESTNUT PARK ROAD

TORONTO
ONTARIO
CANADA  M4W 1W9

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1989/07/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:               12

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ROSEANN

BARRY

**Address**

349 INDIAN GROVE

TORONTO
ONTARIO
CANADA   M6P 2H6

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

CAMERON
A.
BEHESHTI

**Address**

194 BAIN AVE

TORONTO
ONTARIO
CANADA   M4K 1G2

| **Date Began** | **First Director** | |
|---|---|---|
| 1989/11/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     009683119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:           13

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

CARL

BELLE

Address

1055 SHAWNMARR ROAD

Suite # 128
MISSISSAUGA
ONTARIO
CANADA   L5H 3L2

| Date Began | First Director | |
|---|---|---|
| 1994/06/02 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Administrator:
Name (Individual / Corporation)

ARVE

BENDIKSRUD

Address

439 DOUGLAS AVENUE

NORTH YORK
ONTARIO
CANADA   M5M 1H3

| Date Began | First Director | |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:      009863119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 14

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

JERRY
K.
BENIUK

**Address**

375 HUNTINGTON RIDGE DRIVE

MISSISSAUGA
ONTARIO
CANADA   L5R 1P1

| Date Began | First Director | |
| --- | --- | --- |
| 1993/12/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

JOHN
G.
BERG

**Address**

1276 HILLHURST ROAD

OAKVILLE
ONTARIO
CANADA   L6J 1X4

| Date Began | First Director | |
| --- | --- | --- |
| 1988/10/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                   15

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

YVES

BERGERON

**Address**

338 WINDERMERE

BEACONSFIELD

CANADA

| Date Began | First Director | |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

PETER
A.
BETHLENFALVY

**Address**

222 SUTHERLAND DRIVE

TORONTO
ONTARIO
CANADA  M4G 1J2

| Date Began | First Director | |
|---|---|---|
| 1989/07/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009863119
Transaction ID:  33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:38
Page:                 16

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

ALVIN
P.
BEUTEL

Address

79 BARKER BLVD.

WINNIPEG

CANADA

| Date Began | First Director | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Administrator:
Name (Individual / Corporation)

NORMAN
D.
BIRBECK

Address

75 EDFORTH ROAD N.W.

CALGARY

CANADA

| Date Began | First Director | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 17

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

KENNETH
E.
BIRMINGHAM

Address

9 CHRISTOPHER COURT

Suite # 10
SAINT JOHN

CANADA

| Date Began | First Director | |
|---|---|---|
| 1989/11/01 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Administrator:
Name (Individual / Corporation)

JANICE
A.
BOOK

Address

2115 28TH AVENUE SW

CALGARY

CANADA

| Date Began | First Director | |
|---|---|---|
| 1991/11/14 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:    000663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                18

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

PHILLIP
A.
BOSKILL

Address

81 MONTRESSOR DRIVE

WILLOWDALE
ONTARIO
CANADA   M2P 1Z3

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

**Administrator:**
Name (Individual / Corporation)

PIERRE
DE G.
BOULANGER

Address

223 GLEN ROAD

TORONTO
ONTARIO
CANADA   M4W 2X2

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:        009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          19

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

STEPHEN
T.
BOUTILIER

**Address**

219 BROCK AVENUE

MONTREAL WEST

CANADA

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM
T.
BROCK

**Address**

150 HEATH STREET WEST

Suite # 904
TORONTO
ONTARIO
CANADA   M4V 2Y4

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1990/01/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009863119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 20

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM
T.
BROCK

**Address**

150 HEATH STREET WEST

Suite # 904
TORONTO
ONTARIO
CANADA  M4V 2Y4

| Date Began | First Director | |
|---|---|---|
| 1990/01/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

MARCIA
L.
BROWN

**Address**

94 LAWTON BLVD.

TORONTO
ONTARIO
CANADA  M4V 2A3

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            21

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

CHRISTOPHER

BROWN

**Address**

166 WOBURN AENUE

TORONTO
ONTARIO
CANADA  M5M 1K7

| Date Began | First Director | |
|---|---|---|
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
Name (Individual / Corporation)

CHRISTOPHER
H.
BROWN

**Address**

166 WOBURN AVENUE

TORONTO
ONTARIO
CANADA  M5M 1K7

| Date Began | First Director | |
|---|---|---|
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:      009663119
Transaction ID: 33696101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                    22

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

CHRISTOPHER
H.
BROWN

**Address**

166 WOBURN AVENUE

TORONTO
ONTARIO
CANADA  M5M 1K7

| **Date Began** | **First Director** | |
|---|---|---|
| 1993/09/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

GARY
F.
BRYCK

**Address**

32 FULTON AVENUE

TORONTO
ONTARIO
CANADA  M4K 1X5

| **Date Began** | **First Director** | |
|---|---|---|
| 1989/11/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     000663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 23

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

R.
GLENN
BUMSTEAD

**Address**

5118 MONTCLAIR DRIVE

MISSISSAUGA
ONTARIO
CANADA  L5M 5A6

| Date Began | First Director | |
|---|---|---|
| 1989/07/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

R.
GLENN
BUMSTEAD

**Address**

5118 MONTCLAIR DRIVE

MISSISSAUGA
ONTARIO
CANADA  L5M 5A6

| Date Began | First Director | |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              24

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

| Administrator:<br>Name (Individual / Corporation) | Address |
| --- | --- |
| JEREMY<br>H.<br>BURGE | 10 MOORCREST DRIVE<br><br>AURORA<br>ONTARIO<br>CANADA   L4G 3R5 |

| Date Began | First Director |
| --- | --- |
| 1993/05/20 | NOT APPLICABLE |

| Designation | Officer Type | Resident Canadian |
| --- | --- | --- |
| OFFICER | OTHER | |

| Administrator:<br>Name (Individual / Corporation) | Address |
| --- | --- |
| R.<br>DENYS<br>CALVIN | 91 DUPLEX AVENUE<br><br>TORONTO<br>ONTARIO<br>CANADA   M5P 2A6 |

| Date Began | First Director |
| --- | --- |
| 1990/04/02 | NOT APPLICABLE |

| Designation | Officer Type | Resident Canadian |
| --- | --- | --- |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 26

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ROLAND
A.
CARDY

**Address**

18 TARLTON ROAD

TORONTO
ONTARIO
CANADA   M5P 2M4

| Date Began | First Director | |
|---|---|---|
| 1989/11/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

ROLAND
A.
CARDY

**Address**

18 TARLTON ROAD

TORONTO
ONTARIO
CANADA   M5P 2M4

| Date Began | First Director | |
|---|---|---|
| 1991/09/05 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009663119
Transaction ID:  33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  26

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC. LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

JEFFREY
C.
CARRUTHERS

**Address**

146 GLOUCESTER AVENUE

OAKVILLE
ONTARIO
CANADA   M5K 1A2

| Date Began | First Director | |
| --- | --- | --- |
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
Name (Individual / Corporation)

ROBERT
G.
CASSELS

**Address**

151 ROCHESTER AVENUE

TORONTO
ONTARIO
CANADA   M4N 1P2

| Date Began | First Director | |
| --- | --- | --- |
| 1989/11/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              27

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DEREK

CATHCART

**Address**

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

DEREK
R.
CATHCART

**Address**

110 LASCELLES BLVD

TORONTO
ONTARIO
CANADA   M5P 2E4

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                28

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

MARK
R.
CHAUVIN

**Address**

1309 ESTER DRIVE

BURLINGTON
ONTARIO
CANADA  L7G 1L2

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

LEO
G.
CICCONE

**Address**

1543 BOUGH BEECHES BLVD.

MISS.
ONTARIO
CANADA  L4W 4G4

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1991/11/14 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |