Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                29

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

SINCLAIR

CLARK

**Address**

3286 GOLDEN EAGLE DRIVE

BURLINGTON
ONTARIO
CANADA   L7M 2R8

| **Date Began** | **First Director** | |
|---|---|---|
| 1991/07/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

STEPHEN

CLARKE

**Address**

| **Date Began** | **First Director** | |
|---|---|---|
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              30

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

STEPHEN
F.
CLARKE

**Address**

2283 MANSFIELD DRIVE

BURLINGTON
ONTARIO
CANADA   L7P 3J3

| Date Began | First Director | |
|---|---|---|
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

DONALD
C.
CLIMO

**Address**

89 LAKE CRESCENT

ETOBICOKE
ONTARIO
CANADA   M8V 1W2

| Date Began | First Director | |
|---|---|---|
| 1991/11/14 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33095101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              31

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

MASON
J.
COATES

**Address**

1264 NALDWIN DRIVE

OAKVILLE
ONTARIO
CANADA   L6J 2W5

| **Date Began** | **First Director** | |
|---|---|---|
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

JAMES
M.
CRONKHITE

**Address**

71 EVANS STREET

FREDERICTON
NEW BRUNSWICK
CANADA   E3A 5N4

| **Date Began** | **First Director** | |
|---|---|---|
| 1994/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            32

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

IAN

CRUIKSHANK

**Address**

68 FELICITY DRIVE

SCARBOROUGH
ONTARIO
CANADA   M5H 1E3

**Date Began**

1993/05/17

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

**Administrator:**
**Name (Individual / Corporation)**

IAN
A.
CRUIKSHANK

**Address**

68 FELICITY DRIVE

SCARBOROUGH
ONTARIO
CANADA   M5H 1E3

**Date Began**

1993/05/17

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

Request ID:      009663119
Transaction ID:  33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 33

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

LEE
E.
DAVIS

**Address**

194 GLENGROVE AVE. W.

TORONTO
ONTARIO
CANADA   M4R 1P3

| Date Began | First Director | |
|---|---|---|
| 1990/06/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

VERNON
K.
DAVIS

**Address**

1846 PADDOCK CRESCENT

MISSISSAUGA
ONTARIO
CANADA   L5L 3E4

| Date Began | First Director | |
|---|---|---|
| 1991/07/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33696101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              34

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

RAYMOND
A.
DAY

Address

95 GWENDOLEN CRESCENT

WILLOWDALE
ONTARIO
CANADA   M2N 2M3

| Date Began | First Director | |
|---|---|---|
| 1991/07/25 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Administrator:
Name (Individual / Corporation)

ALAN

DENMARK

Address

2747 GUILFORD CRESCENT

OAKVILLE
ONTARIO
CANADA   L6J 6Z8

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33696101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 18:43:36
Page:                 35

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

DAVID
E.
DESLAURIERS

Address

37 EASTMOUNT AVENUE

TORONTO
ONTARIO
CANADA   M4K 1V2

Date Began

1989/07/24

Designation

OFFICER

First Director

NOT APPLICABLE

Officer Type

OTHER

Resident Canadian

Administrator:
Name (Individual / Corporation)

WARREN
D.
DIXON

Address

22 KIPLING COURT

MONCTON
NEW BRUNSWICK
CANADA   E1E 4J7

Date Began

1994/03/03

Designation

OFFICER

First Director

NOT APPLICABLE

Officer Type

OTHER

Resident Canadian

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  36

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

| Administrator:<br>Name (Individual / Corporation) | Address |
| --- | --- |
| DAVID<br>M.<br>DOMINY | 15 THOMPSON DRIVE<br>R.R. #2<br><br>GEORGETOWN<br>ONTARIO<br>CANADA   L7G 4S5 |

| Date Began | First Director | |
| --- | --- | --- |
| 1989/11/06 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

| Administrator:<br>Name (Individual / Corporation) | Address |
| --- | --- |
| PAUL<br>C.<br>DOUGLAS | 1527 MOSS GLEN COURT<br><br>BURLINGTON<br>ONTARIO<br>CANADA   L7P 2B7 |

| Date Began | First Director | |
| --- | --- | --- |
| 1990/02/08 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              37

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

JOHN
G.
DRYDEN

Address

705 KING STREET WEST

Suite # 411
TORONTO
ONTARIO
CANADA   M5V 2W8

Date Began

1989/07/24

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Administrator:
Name (Individual / Corporation)

WILLIAM
E.
DUKE

Address

390 LAKESHORE RD.EAST

OAKVILLE
ONTARIO
CANADA   L6J 1J8

Date Began

1990/02/08

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Request ID:    009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:               38

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DOUGLAS
C.
ELLIS

**Address**

1301 GOLDEN MEADOW TRAIL

OAKVILLE
ONTARIO
CANADA   L6H 3H1

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

DARYL
R.
ENGLISH

**Address**

1443 LAKE BONAVISTA DRIVE

CALGARY

CANADA

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              39

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

CAROLINE
V.
FISCHER

**Address**

72 WALMER ROAD

Suite # 1
TORONTO
ONTARIO
CANADA   M5R 2X7

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

TERRENCE

FISHER

**Address**

92 RONCESVALLES AVENUE

TORONTO
ONTARIO
CANADA   M6R 2K8

| **Date Began** | **First Director** | |
|---|---|---|
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:30
Page:                 40

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JOHN
C.
FITZPATRICK

**Address**

1 KIRKTON ROAD

DOWNSVIEW
ONTARIO
CANADA   M3H 1K6

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

BRIAN
D.
FITZPATRICK

**Address**

35 EVELYNWOOD PLACE

DARTMOUTH
NOVA SCOTIA
CANADA   B2V 2A6

| Date Began | First Director | |
|---|---|---|
| 1994/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 41

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

MARK

FOERSTER

**Address**

184 WILLOW LANE

NEWMARKET
ONTARIO
CANADA   L3Y 6R8

| Date Began | First Director | |
| --- | --- | --- |
| 1991/05/15 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
Name (Individual / Corporation)

PAMELA
J.
FORD

**Address**

1401 FOREST BROOK ROAD

OAKVILLE
ONTARIO
CANADA   L6M 2G5

| Date Began | First Director | |
| --- | --- | --- |
| 1990/12/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 18:43:36
Page:          42

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

| Administrator:<br>Name (Individual / Corporation) | Address |
| --- | --- |
| HUGH<br>J.<br>FOX | 5 RIDGEBURN GATE<br><br>GLOUCESTER<br>ONTARIO<br>CANADA   K1B 4C2 |

| Date Began | First Director | |
| --- | --- | --- |
| 1991/05/15 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

| Administrator:<br>Name (Individual / Corporation) | Address |
| --- | --- |
| KENNETH<br>B.<br>FOXCROFT | 2115 CHIPPEWA TRAIL<br><br>MISSISSAUGA<br>ONTARIO<br>CANADA   L5H 3V6 |

| Date Began | First Director | |
| --- | --- | --- |
| 1990/06/08 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 10:43:30
Page:                  43

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

KENNETH
B.
FOXCROFT

Address

2115 CHIPPEWA TRAIL

MISSISSAUGA
ONTARIO
CANADA   L5H 3V6

| Date Began | First Director | |
|---|---|---|
| 1990/06/08 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | Y |

Administrator:
Name (Individual / Corporation)

MICHAEL
A.
FREEMAN

Address

23 KIMBARK BLVD.

TORONTO
ONTARIO
CANADA   M5N 2X6

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              44

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM
J.
FURLONG

**Address**

59 ORIOLE AVENUE

MISSISSAUGA
ONTARIO
CANADA  L5G 1V3

| **Date Began** | **First Director** | |
|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | |

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
W.
GIBSON

**Address**

2285 DUNEDIN ROAD

OAKVILLE
ONTARIO
CANADA  L6J 5V4

| **Date Began** | **First Director** | |
|---|---|---|
| 1994/08/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 45

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

NADINE

GILCHRIST

**Address**

155 WOODBINE AVENUE

Suite # 7
TORONTO
ONTARIO
CANADA   M4L 3P1

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1992/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

TERANCE
G.
GLOSSOP

**Address**

108 HEATH STREET WEST

TORONTO
ONTARIO
CANADA   M4V 1T6

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1989/07/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                46

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

GARRY
M.
GOSS

**Address**

| Date Began | First Director | |
|---|---|---|
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

JOHN
C.
GRANDY

**Address**

125 HARWOOD GATE

BEACONSFLD

CANADA

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:  009663119
Transaction ID: 33696101
Category ID:  UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:          47

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ROY
T.
GRAYDON

**Address**

14 ACACIA ROAD
UPPER APARTMENT

TORONTO
ONTARIO
CANADA  M4S 2K4

| Date Began | First Director | |
|---|---|---|
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

MURRAY
E.
GREGGA

**Address**

26 HAVENBROOK BLVD

WILLOWDALE
ONTARIO
CANADA  M2J 1A5

| Date Began | First Director | |
|---|---|---|
| 1994/09/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              46

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

STEPHEN
J.
HALLIDAY

**Address**

10 TEESDALE PLACE

Suite # 307
SCARBORO
ONTARIO
CANADA  M1L 1K9

**Date Began**

1990/12/06

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

---

**Administrator:**
**Name (Individual / Corporation)**

SANDRA
L.
HALLORAN

**Address**

42 BROWNING AVENUE

TORONTO
ONTARIO
CANADA  M4K 1V7

**Date Began**

1989/11/06

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

Request ID:        009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          49

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
ALLAN
HAMILTON

**Address**

9 STIBBARD AVENUE

TORONTO
ONTARIO
CANADA   M4P 2B9

| Date Began | First Director | |
|---|---|---|
| 1990/04/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
S.
HAMILTON

**Address**

1264 HOLLYFIELD CRESCENT

OAKVILLE
ONTARIO
CANADA   L6H 2J6

| Date Began | First Director | |
|---|---|---|
| 1991/05/15 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 50

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

MAURICE
J.
HANLEY

**Address**

1348 WINTERBERRY DR.

BURLINGTON
ONTARIO
CANADA  L7P 4T8

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/04/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

DAVID
W.
HANNA

**Address**

1184 FALGARWOOD DRIVE

OAKVILLE
ONTARIO
CANADA   L6H 2L3

| **Date Began** | **First Director** | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID:  33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            51

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

S.
MARY
HATCH

**Address**

80 ROSEDALE HIGHTS DRIVE

TORONTO
ONTARIO
CANADA  M4T 1C5

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

MARK
ALBERT
HERMAN

**Address**

52 PUPMENDOW CRES S W

CALGARY
ALBERTA
CANADA  T2V 5C6

| Date Began | First Director | |
|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            52

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

| Administrator:<br>Name (Individual / Corporation) | | Address |
| --- | --- | --- |
| MARGOT<br>E.<br>HICKSON | | 60 CHELTENHAM AVENUE<br><br>TORONTO<br>ONTARIO<br>CANADA   M4N 1P7 |

| Date Began | First Director | |
| --- | --- | --- |
| 1990/02/08 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
| --- | --- | --- |
| OFFICER | OTHER | |

| Administrator:<br>Name (Individual / Corporation) | | Address |
| --- | --- | --- |
| KENNETH<br>C.<br>HIGHT | | 2561 ADDINGHAM CRESCENT<br><br>OAKVILLE<br>ONTARIO<br>CANADA   L6J 7K7 |

| Date Began | First Director | |
| --- | --- | --- |
| 1992/07/13 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
| --- | --- | --- |
| DIRECTOR | | Y |

Request ID:     009663119
Transaction ID: 33696101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:38
Page:             63

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

KENNETH
C.
HIGHT

**Address**

2561 ADDINGHAM CRESCENT

OAKVILLE
ONTARIO
CANADA   L6J 7K7

| Date Began | First Director | |
|---|---|---|
| 1993/03/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | PRESIDENT | Y |

**Administrator:**
**Name (Individual / Corporation)**

KENNETH
C.
HIGHT

**Address**

2561 ADDINGHAM CRESCENT

OAKVILLE
ONTARIO
CANADA   L6J 7K7

| Date Began | First Director | |
|---|---|---|
| 1993/03/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                54

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721663

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

BEVAN
R.
HILL

**Address**

1220 BELAIRE DRIVE SW

CALGARY

CANADA

| Date Began | First Director | |
|---|---|---|
| 1991/11/14 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

STEPHEN
H.
HILL

**Address**

461 BROOKMILL ROAD

OAKVILLE
ONTARIO
CANADA   L6J 5K6

| Date Began | First Director | |
|---|---|---|
| 1992/02/18 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                55

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

R,
BRUCE
HILLAND

**Address**

1711 PILGRIMS WAY

OAKVILLE
ONTARIO
CANADA  L6M 2G5

| Date Began | First Director | |
|---|---|---|
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

KEITH
D.
HONEYBORNE

**Address**

39 OLD MILL ROAD

Suite # 1705
ETOBICOKE
ONTARIO
CANADA  M8X 1G6

| Date Began | First Director | |
|---|---|---|
| 1993/05/20 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              56

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

GEOFFREY

HORROCKS

**Address**

1416 MALIBOU TERRACE

MISSISSAUGA
ONTARIO
CANADA   L5J 4B8

| Date Began | First Director | |
| --- | --- | --- |
| 1987/06/10 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

PAUL
W.
HUYER

**Address**

33 MCNAIRN AVENUE

TORONTO
ONTARIO
CANADA   M5M 2H4

| Date Began | First Director | |
| --- | --- | --- |
| 1994/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |