Request ID:      009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          57

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

| Administrator:<br>Name (Individual / Corporation) | Address |
|---|---|
| ALBERT<br>P.<br>JONES | 49 EALING DRIVE<br><br>WILLOWDALE<br>ONTARIO<br>CANADA   M2L 2R4 |

| Date Began | First Director | |
|---|---|---|
| 1987/09/30 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| OFFICER | OTHER | |

| Administrator:<br>Name (Individual / Corporation) | Address |
|---|---|
| SHARON<br>J.<br>JORGENS | 25 PRINCESS MARGARET BLVD<br><br>ETOBICOKE<br>ONTARIO<br>CANADA   M9A 1Z5 |

| Date Began | First Director | |
|---|---|---|
| 1993/02/26 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  58

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

J.
URBAN
JOSEPH

**Address**

157 BRIAR HILL AVENUE

TORONTO
ONTARIO
CANADA   M4R 1H8

| Date Began | First Director |
|---|---|
| 1990/06/08 | NOT APPLICABLE |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

J.
URBAN
JOSEPH

**Address**

157 BRIAR HILL AVENUE

TORONTO
ONTARIO
CANADA   M4R 1H8

| Date Began | First Director |
|---|---|
| 1991/07/25 | NOT APPLICABLE |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| OFFICER | OTHER | Y |

Request ID:      009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          59

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

ROBERT
P.
KELLY

**Address**

49 ST LEONARDS AVENUE

TORONTO
ONTARIO
CANADA   M4N 1K1

| Date Began | First Director | |
|---|---|---|
| 1989/07/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
Name (Individual / Corporation)

PATRICK
J.
KELLY

**Address**

2205 PREVIN COURT

BURLINGTON
ONTARIO
CANADA   L7P 4J3

| Date Began | First Director | |
|---|---|---|
| 1991/07/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                    60

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

TASKER
S.
KELSEY

**Address**

71 SIMCOE STREET
APT #1201

TORONTO
ONTARIO
CANADA  M5J 2S9

| Date Began | First Director | |
|---|---|---|
| 1990/07/30 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

A.
DOUGLAS
KING

**Address**

126 ROXBOROUGH DRIVE

TORONTO
ONTARIO
CANADA  M4W 1X4

| Date Began | First Director | |
|---|---|---|
| 1988/09/21 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:    009863119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:             61

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

A,
DOUGLAS
KING

**Address**

126 ROXBOROUGH DRIVE

TORONTO
ONTARIO
CANADA   M4W 1X4

| Date Began | First Director |  |
|---|---|---|
| 1990/07/30 | NOT APPLICABLE |  |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

GORAN
G.
KLINGENSTIERNA

**Address**

450 ELM AVENUE 5

WESTMOUNT
QUEBEC
CANADA   H3Y 3J1

| Date Began | First Director |  |
|---|---|---|
| 1989/11/06 | NOT APPLICABLE |  |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:    009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            62

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

GORAN
G.
KLINGENSTIERNA

**Address**

450 ELM AVENUE 5

WESTMOUNT
QUEBEC
CANADA   H3Y 3J1

| Date Began | First Director | |
|---|---|---|
| 1993/02/26 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

**Administrator:**
Name (Individual / Corporation)

EDWARD

KLINNER

**Address**

1286 GLOAMING COURT

OAKVILLE
ONTARIO
CANADA   L6H 2M3

| Date Began | First Director | |
|---|---|---|
| 1989/04/26 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

Request ID:  009663119
Transaction ID: 33895101
Category ID:  UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:          63

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

EDWARD

KLINNER

**Address**

1286 GLOAMING COURT

OAKVILLE
ONTARIO
CANADA   L6H 2M3

| **Date Began** | **First Director** | |
|---|---|---|
| 1991/07/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

RICHARD
A.
KNABL

**Address**

3744 ST CLAIR AVENUE E
APARTMENT 602

SCARBOROUGH
ONTARIO
CANADA   M1M 1T8

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/01/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                64

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

RICHARD
A.
KNABL

**Address**

3744 ST CLAIR AVENUE E
APARTMENT 602

SCARBOROUGH
ONTARIO
CANADA   M1M 1T8

| Date Began | First Director | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

MERLE

KRISS

**Address**

87 ELMSTHORPE AVE

TORONTO
ONTARIO
CANADA   M5P 2L8

| Date Began | First Director | |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                        65

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

MERLE

KRISS

Address

87 ELMSTHORPE AVE

TORONTO
ONTARIO
CANADA   M5P 2L8

| Date Began | First Director | |
| --- | --- | --- |
| 1994/08/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
Name (Individual / Corporation)

MARILYN

KUMABE

Address

76 ASHMORE CRESCENT

MARKHAM
ONTARIO
CANADA   L3R 6V1

| Date Began | First Director | |
| --- | --- | --- |
| 1991/09/05 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009663119
Transaction ID:  33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced:  2007/10/24
Time Report Produced:  16:43:36
Page:                  66

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

MARILYN

KUMABE

**Address**

76 ASHMORE CRESCENT

MARKHAM
ONTARIO
CANADA   L3R 6V1

| Date Began | First Director | |
|---|---|---|
| 1992/11/13 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

CLAIRE
O.
KYLE

**Address**

94 RIDGE DRIVE

TORONTO
ONTARIO
CANADA   M4T 1B8

| Date Began | First Director | |
|---|---|---|
| 1990/09/27 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:   009863119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              67

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

CLAIRE
O.
KYLE

**Address**

94 RIDGE DRIVE

TORONTO
ONTARIO
CANADA   M4T 1B8

| Date Began | First Director | |
|---|---|---|
| 1991/11/14 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

JAMES
D.
LAIRD

**Address**

1766 EASTBANK ROAD

PICKERING
ONTARIO
CANADA   L1V 3J9

| Date Began | First Director | |
|---|---|---|
| 1990/06/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:     009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 68

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

JAMES
D.
LAIRD

**Address**

1766 EASTBANK ROAD

PICKERING
ONTARIO
CANADA  L1V 3J9

| Date Began | First Director | |
| --- | --- | --- |
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

WENDY
A.
LEANEY

**Address**

60 LYMPSTONE AVENUE

TORONTO
ONTARIO
CANADA  M4N 1M7

| Date Began | First Director | |
| --- | --- | --- |
| 1989/11/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:     009663119
Transaction ID: 33696101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 69

# CORPORATION PROFILE REPORT

| Ontario Corp Number | | Corporation Name |
|---|---|---|
| 721563 | | TORONTO DOMINION SECURITIES INC. |
| | | LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

WENDY
A.
LEANEY

**Address**

60 LYMPSTONE AVENUE

TORONTO
ONTARIO
CANADA   M4N 1M7

| Date Began | First Director | |
|---|---|---|
| 1992/07/13 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

PAUL
M.
LESTER

**Address**

30 DELTA PLACE

WINNIPEG
MANITOBA
CANADA   R2P 1G4

| Date Began | First Director | |
|---|---|---|
| 1989/04/28 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                70

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

PAUL
M.
LESTER

Address

30 DELTA PLACE

WINNIPEG
MANITOBA
CANADA   R2P 1G4

| Date Began | First Director | |
|---|---|---|
| 1990/06/08 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

Administrator:
Name (Individual / Corporation)

LAURA

LINDSAY

Address

425 AVENUE ROAD
APARTMENT 306

TORONTO
ONTARIO
CANADA   M4V 2A7

| Date Began | First Director | |
|---|---|---|
| 1988/09/21 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

Request ID:      009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                     71

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

LAURA

LINDSAY

**Address**

425 AVENUE ROAD
APARTMENT 306

TORONTO
ONTARIO
CANADA   M4V 2A7

| Date Began | First Director | |
|---|---|---|
| 1993/09/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

DENIS
A.
LINTON

**Address**

2285 DUNEDIN ROAD

OAKVILLE
ONTARIO
CANADA   L6J 5V4

| Date Began | First Director | |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:       009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          72

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DENIS
A.
LINTON

**Address**

2285 DUNEDIN ROAD

OAKVILLE
ONTARIO
CANADA  L6J 5V4

| Date Began | First Director |  |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE |  |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

J.
DAVID
LIVINGSTON

**Address**

4158 INDEPENDENCE AVENUE

MISSISSAUGA
ONTARIO
CANADA  L4Z 2T4

| Date Began | First Director |  |
|---|---|---|
| 1989/07/24 | NOT APPLICABLE |  |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR |  | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 18:43:36
Page:          73

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC. LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

J.
DAVID
LIVINGSTON

**Address**

4158 INDEPENDENCE AVENUE

MISSISSAUGA
ONTARIO
CANADA   L4Z 2T4

| Date Began | First Director |  |
|---|---|---|
| 1990/06/08 | NOT APPLICABLE |  |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
Name (Individual / Corporation)

JEAN

LONGPRE

**Address**

33 PLACE CALAIS

CANDIAC
QUEBEC
CANADA   J5R 4K6

| Date Began | First Director |  |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE |  |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR |  | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  74

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JEAN

LONGPRE

**Address**

33 PLACE CALAIS

CANDIAC
QUEBEC
CANADA   J5R 4K6

| Date Began | First Director | |
|---|---|---|
| 1994/04/18 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

PATRICIA

LOVETT

**Address**

3687 SWIRLINGLEAVES

MISSISSAUGA
ONTARIO
CANADA   L4Y 3P7

| Date Began | First Director | |
|---|---|---|
| 1988/05/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:     009683119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 75

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

PATRICIA

LOVETT

Address

3587 SWIRLINGLEAVES

MISSISSAUGA
ONTARIO
CANADA  L4Y 3P7

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | Y |

Administrator:
Name (Individual / Corporation)

ROSS
A.
MACDONALD

Address

7 GREEN STREET

CHARLOTTETOWN
PRINCE EDWARD ISLAND
CANADA  C1A 2E7

| Date Began | First Director | |
|---|---|---|
| 1989/11/01 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            76

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721663

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JOHN
B.
MACINTYRE

**Address**

1018 MOUNT PLEASANT ROAD

TORONTO
ONTARIO
CANADA   M4P 2M3

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

COLIN

MACKINNON

**Address**

162 RIDGEVALE DRIVE

BEDFORD
NOVA SCOTIA
CANADA   B4A 3S7

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            77

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

CHARLES
B.
MARIEN

**Address**

369 MELVILLE

WESTMOUNT
QUEBEC
CANADA  H3Z 2J7

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1990/06/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

DANIEL
A.
MARINANGELI

**Address**

107 WIMBLETON ROAD

ETOBICOKE
ONTARIO
CANADA  M9A 3S4

| | | |
|---|---|---|
| **Date Began** | **First Director** | |
| 1990/04/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 78

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DANIEL

MARKS

**Address**

77 ROEHAMPTON AVENUE

Suite # 404
TORONTO
ONTARIO
CANADA   M4P 3B8

| Date Began | First Director | |
|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | |

**Administrator:**
**Name (Individual / Corporation)**

MARIAN
B.
MARTIN

**Address**

77 HARBOUR SQUARE

Suite # 1212
TORONTO
ONTARIO
CANADA   M5J 2S2

| Date Began | First Director | |
|---|---|---|
| 1994/04/18 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              79

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

GEORGE
S.
MCBOYLE

**Address**

12 GRAND PLACE

BARRIE
ONTARIO
CANADA   L4N 4Y3

**Date Began**

1991/04/22

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

**Administrator:**
**Name (Individual / Corporation)**

RICHARD
L.
MCBRYER

**Address**

15 CHRISTOPHER COVE

WINNIPEG
MANITOBA
CANADA   R3R 2S8

**Date Began**

1990/07/30

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                    00

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

P.
SCOTT
MCBURNEY

Address

117 BENSON AVENUE

TORONTO
ONTARIO
CANADA   M6G 2H9

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Administrator:
Name (Individual / Corporation)

STEPHEN
D.
MCDONALD

Address

348 CORTLEIGH BLVD

NORTH YORK
ONTARIO
CANADA   M5N 1R4

| Date Began | First Director | |
|---|---|---|
| 1988/09/21 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:    009663119
Transaction ID: 33896101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              81

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

STEPHEN
D.
MCDONALD

**Address**

348 CORTLEIGH BLVD

NORTH YORK
ONTARIO
CANADA   M5N 1R4

| Date Began | First Director | |
|---|---|---|
| 1993/10/28 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

PAUL
A.
MCGRATH

**Address**

96 ROSE PARK DRIVE

TORONTO
ONTARIO
CANADA   M4T 1R4

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009863119
Transaction ID:  33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 82

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

RONALD

MCINNIS

**Address**

43 WHIDDEN GATE

WINNIPEG
MANITOBA
CANADA   R3P 1Y1

| **Date Began** | **First Director** | |
|---|---|---|
| 1993/09/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

ARCH
J.
MCLEAN

**Address**

17 STUBBS DRIVE

WILLOWDALE
ONTARIO
CANADA   M2L 2R2

| **Date Began** | **First Director** | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:          83

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
| --- | --- |
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
Name (Individual / Corporation)

BARRY
D.
MCLEOD

**Address**

5176 HIDDEN VALLEY COURT

MISSISSAUGA
ONTARIO
CANADA   L5M 3P1

| Date Began | First Director | |
| --- | --- | --- |
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
Name (Individual / Corporation)

RICHARD
R.
MCMASTER

**Address**

43 SILVER SHADOW PATH

ETOBICOKE
ONTARIO
CANADA   M9C 4Y2

| Date Began | First Director | |
| --- | --- | --- |
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |