Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:            84

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JAMES
G.
MCMINN

**Address**

4040 BELLWOOD COURT

MISSISSAUGA
ONTARIO
CANADA   L5L 5V6

| **Date Began** | **First Director** | |
| --- | --- | --- |
| NOT APPLICABLE | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | |

**Administrator:**
**Name (Individual / Corporation)**

SYDNEY
R.
MCMORRAN

**Address**

132 MONA DRIVE

TORONTO
ONTARIO
CANADA   M5N 2R6

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1989/11/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

Request ID:    009863119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              85

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

SYDNEY
R.
MCMORRAN

**Address**

132 MONA DRIVE

TORONTO
ONTARIO
CANADA   M5N 2R6

| **Date Began** | **First Director** | |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

PETER
B.
MCWHIRTER

**Address**

56 FOURSOME CRESCENT

WILLOWDALE
ONTARIO
CANADA   M2P 1W3

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID: 009863119
Transaction ID: 33695101
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page: 86

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

EINAR

MEDRI

**Address**

18 LACEWOOD CRESCENT

DON MILLS
ONTARIO
CANADA   M3A 2Z4

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

CAMERON
D.
MITCHELL

**Address**

206 SILVER BIRCH AVENUE

TORONTO
ONTARIO
CANADA   M4E 3L5

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                87

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DONALD
C.
MORRISON

**Address**

114 ASPENWOOD DRIVE

PORT MOODY
BRITISH COLUMBIA
CANADA   V3H 2V6

| **Date Began** | **First Director** | |
|---|---|---|
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

DAVID
R
MURRAY

**Address**

17 MEADOW CRESCENT ROAD

TORONTO
ONTARIO
CANADA   M8Z 2Y4

| **Date Began** | **First Director** | |
|---|---|---|
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 88

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

HARRY
A.
NIGALIS

**Address**

140 AVONDALE AVENUE

WILLOWDALE
ONTARIO
CANADA   M2N 2V3

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

SCOTT
C.
NORTHEY

**Address**

251 WYCHWOOD AVENUE

TORONTO
ONTARIO
CANADA   M6C 2T5

| Date Began | First Director | |
|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  89

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JAMES
M.
NORWOOD

**Address**

54 SYCAMORE DRIVE

THORNHILL
ONTARIO
CANADA   L3T 5V6

| Date Began | First Director | Resident Canadian |
|---|---|---|
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

GERRARD

O'MAHONEY

**Address**

1173 PAINTEDPOST COURT

OAKVILLE
ONTARIO
CANADA   L6M 3T5

| Date Began | First Director | Resident Canadian |
|---|---|---|
| 1993/09/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | |
| OFFICER | OTHER | |

Request ID:    009863119
Transaction ID: 33696101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                90

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DAVID
W.
OWEN

**Address**

28 CARRIAGEWAY COURT

BEDFORD
NOVA SCOTIA
CANADA   B4A 3V4

| **Date Began** | **First Director** | |
|---|---|---|
| 1994/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

BARBARA
F.
PALK

**Address**

131 BALMORAL AVENUE

TORONTO
ONTARIO
CANADA   M4V 1J5

| **Date Began** | **First Director** | |
|---|---|---|
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                91

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721663

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

LEONARD
S.
PAYNE

**Address**

35 WOODGREEN PLACE SW

CALGARY
ALBERTA
CANADA   T2W 4A3

| **Date Began** | **First Director** | |
|---|---|---|
| 1991/03/07 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

PETER
C.
PERDUE

**Address**

66 WENDOVER ROAD

TORONTO
ONTARIO
CANADA   M8X 2L3

| **Date Began** | **First Director** | |
|---|---|---|
| 1989/07/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          92

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

WILLIAM
D.
PERDUE

Address

41 ELYHILL DRIVE

WILLOWDALE
ONTARIO
CANADA   M2R 1C5

Date Began

1989/07/24

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Administrator:
Name (Individual / Corporation)

PETER
C.
PERDUE

Address

66 WENDOVER ROAD

TORONTO
ONTARIO
CANADA   M8X 2L3

Date Began

1992/07/25

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Y

Request ID:    009863119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                93

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ANDREW
G.H.
PHILLIPS

**Address**

20 SOUTHPORT STREET

Suite # 202
TORONTO
ONTARIO
CANADA   M6S 4Y8

**Date Began**

1991/07/25

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

**Administrator:**
**Name (Individual / Corporation)**

THOMAS
G.B.
PHIPPS

**Address**

 GENERAL DELIVERY

CAESAREA
ONTARIO
CANADA  L0B 1E0

**Date Began**

1990/02/08

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  94

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

IAN
YIN-MIN
PO

**Address**

19 WHITMAN STREET

NORTH YORK
ONTARIO
CANADA   M2M 3H7

| **Date Began** | **First Director** | |
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

THOMAS
J.
POFF

**Address**

15 KINGS GATE PLACE

KINGSTON
ONTARIO
CANADA   K4L 1C0

| **Date Began** | **First Director** | |
| 1991/05/15 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009863119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                95

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

JERALD
T.
PRATT

Address

131 EDGEVALLEY GREEN N W

CALGARY
ALBERTA
CANADA   T3A 4Y9

Date Began

1993/02/26

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Administrator:
Name (Individual / Corporation)

SATISH
C.
RAI

Address

17 WOLLASTON COURT

PICKERING
ONTARIO
CANADA   L1V 2X1

Date Began

1992/02/18

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              98

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721663

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

GEORGE
A.
RAMSAY

**Address**

3831 KILBY COURT

RICHMOND
BRITISH COLUMBIA
CANADA   V6X 3M9

**Date Began**

1990/12/06

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

**Administrator:**
**Name (Individual / Corporation)**

DAVID
M
REESE

**Address**

89 WILLINGDON BLVD

TORONTO
ONTARIO
CANADA   M5H 2X8

**Date Began**

NOT APPLICABLE

**First Director**

NOT APPLICABLE

**Designation**

DIRECTOR

**Officer Type**

**Resident Canadian**

Request ID:    009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                97

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
Name (Individual / Corporation)

STUART
A.
REYNOLDS

**Address**

153 BROOKBANKS DRIVE

DON MILLS
ONTARIO
CANADA   M3A 2T4

| Date Began | First Director | |
|---|---|---|
| 1994/04/18 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
Name (Individual / Corporation)

NANCY

ROITMAN

**Address**

20 EDINBURGH DRIVE

TORONTO
ONTARIO
CANADA   M3H 1B4

| Date Began | First Director | |
|---|---|---|
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009883119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              98

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721683

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DAVID
F.
ROSS

**Address**

6555 ADERA STREET

VANCOUVER
BRITISH COLUMBIA
CANADA   V6P 5B9

**Date Began**

1992/06/24

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

**Administrator:**
**Name (Individual / Corporation)**

LAURAL
A.
ROSS

**Address**

47 QUEENSDALE AVENUE

TORONTO
ONTARIO
CANADA   M4J 1Y1

**Date Began**

1993/01/07

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 99

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ALBERT
R.
RUMBLES

**Address**

6 CLENDENEN COURT

MARKHAM
ONTARIO
CANADA  L3P 4J1

| **Date Began** | **First Director** | |
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

LARRY
W.
SAUNDERS

**Address**

1279 ROSEBERRY CRES

OAKVILLE
ONTARIO
CANADA  L6M 1W2

| **Date Began** | **First Director** | |
| 1990/07/30 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009863119
Transaction ID: 33696101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                100

# CORPORATION PROFILE REPORT

Ontario Corp Number

721563

Corporation Name

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

Administrator:
Name (Individual / Corporation)

KARL
H.
SCHULTZ

Address

15 MILLBROOK CRESCENT

TORONTO
ONTARIO
CANADA  M4K 1H2

Date Began

1989/11/01

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Administrator:
Name (Individual / Corporation)

DAVID
A.
SCOON

Address

29 BANNATYNE DRIVE

WILLOWDALE
ONTARIO
CANADA  M2L 2N8

Date Began

1990/12/06

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

Request ID:     009683119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                 101

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

STEPHEN
A.
SECORD

**Address**

123 HIGHBOURNE ROAD

TORONTO
ONTARIO
CANADA   M5P 2J5

**Date Began**

1991/04/22

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

**Administrator:**
**Name (Individual / Corporation)**

SUZANNE
SEVIGNY

**Address**

121 LAKESHORE ROAD
APARTMENT 511

POINTE-CLAIRE
QUEBEC
CANADA   H9S 5N3

**Date Began**

1991/03/07

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

Request ID: 009663119
Transaction ID: 33695101
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page: 102

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

JEFFREY

SHERMAN

**Address**

472 HIDDEN TRAIL

WILLOWDALE
ONTARIO
CANADA   M2R 3R8

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

BRUCE
M.
SHIRREFF

**Address**

114 STRATH AVENUE

ETOBICOKE
ONTARIO
CANADA   M8X 1R5

| Date Began | First Director | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33696101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                        103

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JOHN
G.
SHUTER

**Address**

158 ALEXANDRA BLVD

TORONTO
ONTARIO
CANADA   M4R 1M4

| **Date Began** | **First Director** | |
|---|---|---|
| 1994/09/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

RAJIV
R.
SILGARDO

**Address**

38 DUTCH MYRTLE WAY

DON MILLS
ONTARIO
CANADA   M3B 3K8

| **Date Began** | **First Director** | |
|---|---|---|
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33895101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 18:43:36
Page:                104

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

SEAN
R.
SIROIS

**Address**

219 BROCK STREET NORTH

MONTREAL WEST
QUEBEC
CANADA   H4X 2G1

| Date Began | First Director | |
|---|---|---|
| 1994/04/18 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

A.
BLAIR
SLADE

**Address**

2124 DUNVEGAN AVENUE

OAKVILLE
ONTARIO
CANADA   L6J 6N5

| Date Began | First Director | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009863119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:             105

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

J.
STUART
SMITH

**Address**

506 ISABELLA AVENUE

MISSISSAUGA
ONTARIO
CANADA   L5B 2G2

| Date Began | First Director | |
|---|---|---|
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

THOMAS
R.
SPENCER

**Address**

355 GLENGROVE AVENUE WEST

TORONTO
ONTARIO
CANADA   M5N 1W4

| Date Began | First Director | |
|---|---|---|
| 1988/05/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                           106

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

THOMAS
R.
SPENCER

**Address**

355 GLENGROVE AVENUE WEST

TORONTO
ONTARIO
CANADA   M5N 1W4

| **Date Began** | **First Director** | |
|---|---|---|
| 1992/11/13 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | Y |

**Administrator:**
**Name (Individual / Corporation)**

IAN
B.
STRUTHERS

**Address**

382 DAVENPORT AVENUE

TORONTO
ONTARIO
CANADA   M4V 1B4

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                      107

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
E.
TAYLOR

**Address**

3282 SPRUCE AVENUE

BURLINGTON
ONTARIO
CANADA   L7N 1J4

| Date Began | First Director | |
|---|---|---|
| 1992/06/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

R.
MICHAEL
THORFINNSON

**Address**

45 THIRTYNINTH STREET

ETOBICOKE
ONTARIO
CANADA   M8W 3M4

| Date Began | First Director | |
|---|---|---|
| 1992/02/18 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:       009663119
Transaction ID: 33896101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                        108

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 721563 | TORONTO DOMINION SECURITIES INC.<br>LES VALEURS MOBILIERES TORONTO DOMINION INC. |

**Administrator:**
**Name (Individual / Corporation)**

NATALIE
K.
TOWNSEND

**Address**

28 PEARSON AVENUE

TORONTO
ONTARIO
CANADA   M6R 1G1

| Date Began | First Director | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

JOHN

VAN ROOIJEN

**Address**

6 GOLFDALE PLACE

ANCASTER
ONTARIO
CANADA   L9G 4A4

| Date Began | First Director | |
|---|---|---|
| 1991/07/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009683119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              109

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

GEORGE
L.
VAN VLIET

**Address**

1057 GOODSON CRESCENT

OAKVILLE
ONTARIO
CANADA   L6H 4A6

| Date Began | First Director | |
|---|---|---|
| 1989/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

RICKARD
D.
VERNON

**Address**

123 ADMIRAL ROAD

TORONTO
ONTARIO
CANADA   M5R 2L7

| Date Began | First Director | |
|---|---|---|
| 1990/12/06 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID: 009663119
Transaction ID: 33695101
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page: 110

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION INC.

**Administrator:**
**Name (Individual / Corporation)**

PAUL
I,
VERWYMEREN

**Address**

2062 DEER RUN AVENUE

BURLINGTON
ONTARIO
CANADA   L7M 2S3

| **Date Began** | **First Director** | |
|---|---|---|
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

GRAHAM

WATT

**Address**

67 THOMPSON AVENUE

ETOBICOKE
ONTARIO
CANADA   M8Z 3T5

| **Date Began** | **First Director** | |
|---|---|---|
| 1993/09/02 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:        009663119
Transaction ID: 33695101
Category ID:      UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                          111

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JAMES
A.
WEBBER

**Address**

165 ST CLEMENTS AVENUE

TORONTO
ONTARIO
CANADA  M4R 1H1

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1989/07/24 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
R.
WEISS

**Address**

630 ROSELAWN AVENUE

Suite # 712
TORONTO
ONTARIO
CANADA  M5N 1K8

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1993/02/26 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009663119
Transaction ID: 33695101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              112

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

GARY
L.
WELLAND

**Address**

13 BALMORAL PLACE

ST JOHN'S
NEWFOUNDLAND
CANADA   A1A 4P4

**Date Began**

1989/11/01

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

**Administrator:**
**Name (Individual / Corporation)**

J.
MARK
WETTLAUFER

**Address**

4 FOREST LANEWAY
APARTMENT 406

WILLOWDALE
ONTARIO
CANADA   M2N 5X8

**Date Began**

1990/02/08

**First Director**

NOT APPLICABLE

**Designation**

OFFICER

**Officer Type**

OTHER

**Resident Canadian**

Request ID:     009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  113

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

JOSEPH
P
WILEY

**Address**

462 MAPLE AVENUE

OAKVILLE
ONTARIO
CANADA  L6J 2J3

| **Date Began** | **First Director** | |
| --- | --- | --- |
| NOT APPLICABLE | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | |

**Administrator:**
**Name (Individual / Corporation)**

JAMES
R.
WILKES

**Address**

45 WINTERTON DRIVE

ISLINGTON
ONTARIO
CANADA  M9B 3G8

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:              114

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
G.
WOODS

**Address**

188 BAYVIEW HEIGHTS DRIVE

TORONTO
ONTARIO
CANADA   M4G 2Z2

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
T.
WRIGHT

**Address**

35 TYRREL AVENUE

TORONTO
ONTARIO
CANADA   M6G 2G1

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 1990/02/08 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:      009663119
Transaction ID: 33695101
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                  115

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Administrator:**
**Name (Individual / Corporation)**

DONALD
A.
WRIGHT

**Address**

170 CRESCENT ROAD

TORONTO
ONTARIO
CANADA   M4W 1V2

| **Date Began** | **First Director** | |
|---|---|---|
| 1995/03/03 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

THOMAS
C.
YOUNG

**Address**

30 NEIGHBOURLY LANE

RICHMOND HILL
ONTARIO
CANADA   L4C 5L7

| **Date Began** | **First Director** | |
|---|---|---|
| 1991/04/22 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | OTHER | |

Request ID:    009863119
Transaction ID: 33605101
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/24
Time Report Produced: 16:43:36
Page:                116

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

721563

**Corporation Name**

TORONTO DOMINION SECURITIES INC.
LES VALEURS MOBILIERES TORONTO DOMINION
INC.

**Last Document Recorded**

| Act/Code | Description | Form | Date |
|----------|-------------|------|------|
| BCA | AMALGAMATION MEMO TO FILE | 4 | 1996/01/01 |

THIS REPORT SETS OUT THE MOST RECENT INFORMATION FILED BY THE CORPORATION ON OR AFTER JUNE 27, 1992, AND RECORDED IN THE ONTARIO BUSINESS INFORMATION SYSTEM AS AT THE DATE AND TIME OF PRINTING. ALL PERSONS WHO ARE RECORDED AS CURRENT DIRECTORS OR OFFICERS ARE INCLUDED IN THE LIST OF ADMINISTRATORS.

PLEASE NOTE THAT WHEN THE SAME INDIVIDUAL HOLDS MULTIPLE 'OTHER UNTITLED' OFFICER POSITIONS, AS INDICATED ON A FORM 1 UNDER THE *CORPORATIONS INFORMATION ACT* ONLY ONE OF THESE 'OTHER UNTITLED' POSITIONS HELD BY THAT INDIVIDUAL WILL BE REFLECTED ON THIS REPORT. FOR COMPLETE INFORMATION, CONTACT COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH.

ADDITIONAL HISTORICAL INFORMATION MAY EXIST ON THE COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH MICROFICHE.

The issuance of this report in electronic form is authorized by the Director of Companies and Personal Property Security Branch.