# EXHIBIT B

# AMALGAMATION TREE FOR TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC.

TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC. (001442145, I: 2000/10/01)

CT INVESTMENT MANAGEMENT GROUP INC. GROUPE DE GESTION DE PLACEMENT CT INC. (001335472, I: 1998/12/31, A: 2000/10/01)

THE AFFINITY GROUP INC. (001095687, I: 1994/09/07, A: 1998/12/31)

CT INVESTMENT MANAGEMENT GROUP INC. GROUPE DE GESTION DE PLACEMENT CT INC. (001193982, I: 1996/04/01, A: 1998/12/31)

CT FUND SERVICES INC./SERVICES DE FONDS DE PLACEMENT CT INC. (000704409, I: 1987/01/23, A: 1996/04/01)

CT PRIVATE INVESTMENT COUNSEL INC./CONSEILLERS EN PLACEMENTS CT INC. (001115085, I: 1994/03/04, A: 1996/04/01)

TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC. (001398925, I: 2000/02/01, A: 2000/10/01)

TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC. (001158676, I: 1996/01/01, A: 2000/02/01)

TORONTO DOMINION SECURITIES INC. LES VALEURS MOBILIERES TORONTO DOMINION INC. (000721563, I: 1987/06/05, A: 1996/01/01)

LANCASTER INVESTMENT COUNSEL INC. (000774336, I: 1988/05/05, A: 1996/01/01)

HARBOUR CAPITAL MANAGEMENT INC. (000899426, I: 1990/06/08, A: 2000/02/01)

GREYDANUS, BOECKH & ASSOCIATES INC. (000552940, I: 1984/01/09, A: 2000/02/01)

This is Exhibit ....B.... referred to in the
Affidavit of .....Eliot A. Gal....
sworn before ...... this .....11.... day of
.....November...., 20 07
A Notary in and for
The Province of ....Ontario....
....Canada....