# EXHIBIT C

# ONTARIO CORPORATION PROFILE REPORT FOR TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC.

Request ID:      009656115
Transaction ID:  33674690
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                            1

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1442145

**Corporation Name**

TD ASSET MANAGEMENT INC./GESTION DE
PLACEMENTS TD INC.

**Amalgamation Date**

2000/10/01

**Jurisdiction**

ONTARIO

**Corporation Type**

ONTARIO BUSINESS CORP.

**Corporation Status**

ACTIVE

**Former Jurisdiction**

NOT APPLICABLE

**Registered Office Address**

161 BAY STREET
35TH FLOOR, CT TOWER

TORONTO
ONTARIO
CANADA  M5J 2T2

**Mailing Address**

66 WELLINGTON ST. WEST
TD TOWER, TD CENTRE

TORONTO
ONTARIO
CANADA  M5K 1A2

**Date Amalgamated**

NOT APPLICABLE

**New Amal. Number**

NOT APPLICABLE

**Amalgamation Ind.**

A

**Notice Date**

NOT APPLICABLE

**Letter Date**

NOT APPLICABLE

**Revival Date**

NOT APPLICABLE

**Continuation Date**

NOT APPLICABLE

**Transferred Out Date**

NOT APPLICABLE

**Cancel/Inactive Date**

NOT APPLICABLE

**EP Licence Eff.Date**

NOT APPLICABLE

**EP Licence Term.Date**

NOT APPLICABLE

| Number of Directors | | Date Commenced In Ontario | Date Ceased In Ontario |
|---|---|---|---|
| Minimum | Maximum | | |
| 00001 | 00010 | NOT APPLICABLE | NOT APPLICABLE |

**Activity Classification**

NOT AVAILABLE

This is Exhibit...... referred to in the
Affidavit of... ELLIOT ALAY...
sworn before me, this ...... day of
...November..... 20 07

.................................................
A Notary in and for
the Province of... Ontario - Canada

Request ID:    009656115
Transaction ID: 33674690
Category ID:   UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:          2

# CORPORATION PROFILE REPORT

Ontario Corp Number

1442145

Corporation Name

TD ASSET MANAGEMENT INC./GESTION DE
PLACEMENTS TD INC.

| Corporate Name History | Effective Date |
|---|---|
| TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC. | 2000/10/01 |

Current Business Name(s) Exist:          YES

Expired Business Name(s) Exist:          NO

Amalgamating Corporations

| Corporation Name | Corporate Number |
|---|---|
| TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC. | 1398925 |
| CT INVESTMENT MANAGEMENT GROUP INC. GROUPE DE GESTION DE PLACEMENT CT INC. | 1335472 |

Request ID:      009656115
Transaction ID: 33674690
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                3

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 1442145 | TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC. |

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM
R.J.
FULTON

**Address**

138 ST. LEONARDS AVENUE

TORONTO
ONTARIO
CANADA   M4N 1K5

| Date Began | First Director | |
|---|---|---|
| 2004/09/17 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM
R
GAZZARD

**Address**

95 MACLELLAN AVENUE

TORONTO
ONTARIO
CANADA   M4T 2H6

| Date Began | First Director | |
|---|---|---|
| 2001/11/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:     009656115
Transaction ID: 33074690
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:               4

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1442145

**Corporation Name**

TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC.

**Administrator:**
**Name (Individual / Corporation)**

WILLIAM
H
HATANAKA

**Address**

34 WHITNEY AVENUE

TORONTO
ONTARIO
CANADA   M4W 2A8

| **Date Began** | **First Director** | |
|---|---|---|
| 2003/01/13 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
F
MACLELLAN

**Address**

148 ROXBOROUGH DRIVE

TORONTO
ONTARIO
CANADA   M4W 1X6

| **Date Began** | **First Director** | |
|---|---|---|
| 2000/10/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:     009656115
Transaction ID: 33674690
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                 5

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1442145

**Corporation Name**

TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC.

---

**Administrator:**
**Name (Individual / Corporation)**

ROBERT
F
MACLELLAN

**Address**

148 ROXBOROUGH DRIVE

TORONTO
ONTARIO
CANADA   M4W 1X6

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 2000/10/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | CHAIRMAN | |

---

**Administrator:**
**Name (Individual / Corporation)**

BARBARA
F
PALK

**Address**

4 DOUGLAS DRIVE

TORONTO
ONTARIO
CANADA   M4W 2B3

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 2000/10/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | PRESIDENT | Y |

Request ID:     009856115
Transaction ID: 33874890
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                6

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1442145

**Corporation Name**

TD ASSET MANAGEMENT INC./GESTION DE
PLACEMENTS TD INC.

**Administrator:**
**Name (Individual / Corporation)**

BARBARA
F
PALK

**Address**

4 DOUGLAS DRIVE

TORONTO
ONTARIO
CANADA   M4W 2B3

| **Date Began** | **First Director** | |
|---|---|---|
| 2002/02/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

TIMOTHY
P.
PINNINGTON

**Address**

269 ST. LEONARDS AVENUE

TORONTO
ONTARIO
CANADA   M4N 1K9

| **Date Began** | **First Director** | |
|---|---|---|
| 2005/10/05 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:     009668115
Transaction ID: 33674690
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                 7

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1442145

**Corporation Name**

TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC.

**Administrator:**
**Name (Individual / Corporation)**

RUDY

SANKOVIC

**Address**

960 DUNCANNON DRIVE

PICKERING
ONTARIO
CANADA  L1X 2P2

| Date Began | First Director | |
|---|---|---|
| 2004/02/19 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | CHIEF FINANCIAL OFFICER | |

**Name (Individual / Corporation)**

RUDY

SANKOVIC

**Administrator:**
**Address**

960 DUNCANNON DRIVE

PICKERING
ONTARIO
CANADA  L1X 2P2

| Date Began | First Director | |
|---|---|---|
| 2004/03/12 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:      009656115
Transaction ID:  33674690
Category ID:     UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                 8

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1442145

**Corporation Name**

TD ASSET MANAGEMENT INC./GESTION DE
PLACEMENTS TD INC.

**Administrator:**
**Name (Individual / Corporation)**

JANE
R
STUBBINGTON

**Address**

59 CASTLEFIELD AVENUE

TORONTO
ONTARIO
CANADA  M4R 1G5

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 2000/10/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

**Administrator:**
**Name (Individual / Corporation)**

JANE
R
STUBBINGTON

**Address**

59 CASTLEFIELD AVENUE

TORONTO
ONTARIO
CANADA  M4R 1G5

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 2000/10/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | SECRETARY | Y |

Request ID:       009656115
Transaction ID: 33674690
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                          9

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1442145

**Corporation Name**

TD ASSET MANAGEMENT INC./GESTION DE PLACEMENTS TD INC.

**Administrator:**
**Name (Individual / Corporation)**

R.
MICHAEL
THORFINNSON

**Address**

1024 BEECHNUT ROAD

OAKVILLE
ONTARIO
CANADA  L6J 7P2

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 2000/10/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | CHIEF OPERATING OFFICER | |

**Name (Individual / Corporation)**

R.
MICHAEL
THORFINNSON

**Administrator:**
**Address**

1024 BEECHNUT ROAD

OAKVILLE
ONTARIO
CANADA  L6J 7P2

| **Date Began** | **First Director** | |
| --- | --- | --- |
| 2000/10/25 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

Request ID:     009858115
Transaction ID: 33674690
Category ID:    UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2007/10/23
Time Report Produced: 11:41:55
Page:                 10

# CORPORATION PROFILE REPORT

Ontario Corp Number

1442145

Corporation Name

TD ASSET MANAGEMENT INC./GESTION DE
PLACEMENTS TD INC.

**Last Document Recorded**

| Act/Code | Description | Form | Date |
|---|---|---|---|
| CIA | ANNUAL RETURN 2006 | 1C | 2007/05/29 (ELECTRONIC FILING) |

THIS REPORT SETS OUT THE MOST RECENT INFORMATION FILED BY THE CORPORATION ON OR AFTER JUNE 27, 1992, AND RECORDED IN THE ONTARIO BUSINESS INFORMATION SYSTEM AS AT THE DATE AND TIME OF PRINTING. ALL PERSONS WHO ARE RECORDED AS CURRENT DIRECTORS OR OFFICERS ARE INCLUDED IN THE LIST OF ADMINISTRATORS.

ADDITIONAL HISTORICAL INFORMATION MAY EXIST ON THE COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH MICROFICHE.

The issuance of this report in electronic form is authorized by the Director of Companies and Personal Property Security Branch.