UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDAS FUND, INC.

                Plaintiff,

  - against -

GAMMON GOLD, INC., FRED GEORGE, BRADLEY LANGILLE, RUSSEL BARWICK, COLIN SUTHERLAND, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC.

                Defendants.

Index No.   7 CV 6707 (NRB)

AFFIDAVIT OF SERVICE UPON BMO NESBITT BURNS INC.

I, Alena Hegedus, Process Server and Agent for the Bouchard Group of Companies, located at 220 Hunt Club Road, Unit 4, Ottawa, Ontario K1V 1C1, Canada, do hereby make oath and do solemnly swear:

1. That I am over the age of 21 and a non-party to this action and am authorized to serve process in Canada;

2. That on or about October 27, 2007, I was instructed by my manager, Ginette Bouchard, in turn instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn instructed by plaintiff's attorneys Guzov Ofsink LLC to serve upon defendant BMO Nesbitt Burns Inc. the following documents filed in the present action:

- Hague Service Convention "Notice"
- Hague Service Convention "Summary of the Document to be Served" with Attachment "A"
- Amended Summons in a Civil Action
- Second Amended Complaint
- Rule 7.1 Statement
- Individual Practices of Naomi Reice Buchwald
- 3rd Amended Instructions for Filing an Electronic Case or Appeal
- Procedures for Electronic Case Filing
- Guidelines for Electronic Case Filing

3. That according to research performed by the Bouchard Group of Companies, BMO Nesbitt Burns Inc.'s registered address is 1 First Canadian Place, 21st Floor, Toronto, Ontario M5X 1A1 Canada (*See* BMO Nesbitt Burns Inc.'s Canada Business Corporations Act Report, attached hereto as Exhibit A);

4. That on October 30, 2007 at approximately 12:05 P.M., I did travel to 1 First Canadian Place in Toronto where I met with a woman who identified herself as Nelly Coutinho, Legal Assistant for BMO Nesbitt Burns Inc.;

5. That Ms. Coutinho confirmed to me she was authorized to accept service of process on behalf of BMO Nesbitt Burns Inc. and I handed her the above-referenced documents, which she accepted, and said, "You are served with legal process on behalf of BMO Nesbitt Burns Inc.";

6. That Ms. Coutinho is a caucasian female, approximately 34 years old, 5'3" tall, 140 pounds, with brown hair, hazel eyes and thick framed glasses;

7. That I believe service to have been effected upon defendant BMO Nesbitt Burns Inc. in accordance with a method prescribed by the internal laws of Ontario, Canada for civil matters within the jurisdiction and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* and in compliance with the laws of the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at Toronto, Ontario, Canada before me on this day _____ of November 2007.

_____
A Notary in and for the Province
of Ontario. My Appointment
expires when I cease to practice Law.

_____
Alena Hegedus, Process Server