# EXHIBIT A

# CANADA BUSINESS CORPORATIONS ACT REPORT FOR BMO NESBITT BURNS INC.

**Corporation #3074234 BN #103854261RC0001**

Corporation Name(s):    BMO NESBITT BURNS INC.

Old Name(s) and Change Date(s)
                         NESBITT BURNS INC. - 2000/02/15

| | |
|---|---|
| Mailing Address: | [Latest address on file] |
| Care of: | YASMIN HORRA |
| Street: | 1 FIRST CANADIAN PLACE 21ST FLOOR |
| City: | TORONTO |
| Province: | Ontario |
| Postal Code: | M5X1A1 |
| Country: | Canada |

| | |
|---|---|
| Registered Office Address: | [Latest address on file] |
| Care of: | BMO NESBITT BURNS INC. |
| Street: | 1 FRIST CANADIAN PLACE 21ST FLOOR |
| City: | TORONTO |
| Province: | Ontario |
| Postal Code: | M5X1A1 |
| Country: | Canada |

| | |
|---|---|
| Country: | Canada |
| Reg. Off. Eff: | 2003/05/06 |

| Status | Date |
|---|---|
| Active | 1994/10/01 |

ACT Name: Canada Business Corporations Act    Proxy:
Incorporation:                                  Prospectus:
Amalgamation:1994/10/01                         Take Over:
Continuance:                                    Revival:
Anniversary:1994/10/01                          Intent to Dissolve:
Import: -                                       Revocation of Intent:
Export: -                                       Update:2007/05/04

This is Exhibit "A" referred to in the Affidavit of ALENA HEGEDUS sworn before me, this 12 day of November, 2007.

A Notary in and for the Province of ONTARIO, CANADA

**Directors**

*NOTICE TO CLIENTS:*

Please note that directors residential addresses are no longer available online. The request for this information can be made in writing directly to Corporations Canada by:

E-mail: corporationscanada@ic.gc.ca

Fax: (613) 941-0601 or 941-5789

Letter: Attn: Head, Information and Certification Unit
9th Floor, Jean Edmonds Tower South
365 Laurier Avenue West
Ottawa, Ontario K1A 0C8

Please provide contact name, e-mail address, business address, telephone number and fax number.

*Current:* 6          *Last Update Date:* 2007/05/01
*Min:* 3              *Last Amendment:*
*Max:* 99
*Director(s) name(s):*
LOUIS-JACQUES MÉNARD
DAVID CADWELL FERGUSON
GILLES GERARD OUELLETTE
ERIC CLIFTON TRIPP
YVAN JOSEPH PIERRE BOURDEAU
THOMAS VOYSEY MILROY


**Annual Return/Annual Summary(AR/AS)**
*NOTICE TO CLIENTS:*

Following the transition period resulting from the November 24, 2001 amendments to the Canada Business Corporations Act, the Act now refers to a minimum of 50 shareholders instead of 15

*Distributing:*              NO
*Number of Shareholders:*    <= 50 non-distrib
*Annual Meeting (Last):*     2006/01/19
*Enforcement Code:*
*Enforcement Date:*
*Taxation Year End:*         10/31

*AR/AS Filed:*
                             Received - with Fee - 2006
                             Received - with Fee - 2005
                             Received - with Fee - 2004

**Financial**
Financial reports are only available for distributing corporations

**Amalgamations**

Amalgamating Info:
2174561 NESBITT BURNS INC. 94/10/01
3071553 NESBITT BURNS CORP. 94/10/01

**Parent/Subsidiary**
No parent/subsidiary information for this corporation.