UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

MIDAS FUND, INC.

        Plaintiff,

- against -

GAMMON GOLD, INC., FRED GEORGE, BRADLEY
LANGILLE, RUSSELL BARWICK, COLIN
SUTHERLAND, BMO NESBITT BURNS INC.,
SCOTIA CAPITAL INC., and TD SECURITIES INC.

        Defendants.

Index No. 07 CV 6707 (NRB)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, who represent and warrant that they are fully authorized to execute this Stipulation on behalf of their respective clients, as follows:

    1. All Defendants agree that they will each move or answer with respect to Plaintiff Midas Fund, Inc.'s ("Midas") Second Amended Complaint in this action by no later than December 21, 2007.

    2. In the event that the Defendants elect to move to dismiss the Second Amended Complaint, Midas shall serve its opposition papers by no later than January 25, 2008, and the Defendants shall serve their reply papers, if any, by no later than February 15, 2008.

    3. This Stipulation may be executed in counterparts and by facsimile signatures.

    4. The parties have requested one prior extension of time from this Court, which this Court granted. This proposed Stipulation is submitted pursuant to the

Court's direction in its letter dated October 1, 2007.

Dated: New York, New York
       December 3, 2007

DORSEY & WHITNEY LLP

By: _____
    Brooke E. Pitrzak (BP 7314)
    Tom Swigert (TS     )
*Attorneys for Defendants Gammon Gold,
Inc., Fred George, Bradley Langille, Russell
Barwick and Colin Sutherland*
250 Park Avenue
New York, NY 10177
(212) 415-9200

GUZOV OFSINK, LLC

By: _____
    Debra J. Guzov (DG 7125)
    David J. Kaplan (DK 0100)
*Attorneys for Plaintiff
Midas Fund, Inc.*
600 Madison Avenue, 14th Floor
New York, NY 10022
(212) 371-8008

FULBRIGHT & JAWORSKI LLP

By: _____
    Daniel R. Murdock (DM     )
*Attorneys for Defendants BMO Nesbit Burns,
Inc., Scotia Capital, Inc. and TD Securities,
Inc.*
666 Fifth Avenue
New York, NY 10103
(212) 318-3000

IT IS SO ORDERED:

Dated: _____, 2007      _____
                                  Hon. Naomi R. Buchwald, U.S.D.J.

Court's direction in its letter dated October 1, 2007.

Dated: New York, New York
December 3, 2007

DORSEY & WHITNEY LLP

By:_____
Brooke E. Petrzak (BP 7314
Tom Swigert (TS    )
*Attorneys for Defendants Gammon Gold,
Inc., Fred George, Bradley Langille, Russell
Barwick and Colin Sutherland*
250 Park Avenue
New York, NY 10177
(212) 415-9200

FULBRIGHT & JAWORSKI LLP

By:_____
Daniel R. Murdock (DM 1498)
*Attorneys for Defendants BMO Nesbit Burns,
Inc., Scotia Capital, Inc. and TD Securities,
Inc.*
666 Fifth Avenue
New York, NY 10103
(212) 318-3000

IT IS SO ORDERED:

Dated: December 14, 2007

GUZOV OFSINK, LLC

By:_____
Debra J. Guzov (DG 7125)
David J. Kaplan (DK 0100)
*Attorneys for Plaintiff
Midas Fund, Inc.*
600 Madison Avenue, 14th Floor
New York, NY 10022
(212) 371-8008

_____
Hon. Naomi R. Buchwald, U.S.D.J.

2