UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

MIDAS FUND, INC., : x

      Plaintiff,

  -against-

GAMMON GOLD, INC., FRED GEORGE, BRADLEY LANGILLE, RUSSELL BARWICK, COLIN SUTHERLAND, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC.,

      Defendants.

---------------------------------------------------

Index No.  07 CV 6707 (NRB)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possibly disqualification or recusal, the undersigned counsel for defendant TD Securities Inc. ("TD Securities ") (a private non-governmental party), certifies that TD Securities is wholly owned by The Toronto-Dominion Bank, a public company. No other publicly held corporation owns a 10% or more interest in TD Securities.

Dated: December 21, 2007
      New York, New York

           FULBRIGHT & JAWORSKI L.L.P.
           *Attorneys for Defendant TD Securities Inc.*

           By: /s/ *Philip M. Smith*
           Daniel R. Murdock (DM 1498)
           Philip M. Smith (PS 8132)

           666 Fifth Avenue
           New York, NY 10103
           psmith@fulbright.com
           (212) 318-3000