Brooke E. Pietrzak (BP-7314)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

Thomas P. Swigert (admitted *pro hac vice*)
F. Matthew Ralph (*pro hac vice* pending)
John Rock (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Attorneys for Defendants Gammon Gold Inc.,
Fred George, Bradley Langille,
Russell Barwick, and Colin Sutherland
(collectively, the "Gammon Defendants")*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDAS FUND, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Index No. 07 CV 6707 (NRB) |
| GAMMON GOLD INC., FRED GEORGE, BRADLEY LANGILLE, RUSSELL BARWICK, COLIN SUTHERLAND, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC., | ) **NOTICE OF MOTION** |
| Defendants. | ) |

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Gammon Gold Inc.'s and the Individual Defendants' Motion to Dismiss the Second Amended Complaint; (ii) the Disclosure Statement Pursuant to Local Civil Rule 7.1; and (iii) the Declaration of John Rock, sworn to on December 21, 2007, and the exhibits thereto, defendants Gammon Gold Inc., Fred George, Bradley Langille, Russell Barwick and Colin Sutherland

(collectively "Gammon Gold Defendants"), by their attorneys Dorsey & Whitney LLP, shall move this Court for an Order (i) dismissing all of the claims asserted by plaintiff Midas, Inc. ("Midas") against the Gammon Gold Defendants, with prejudice; (ii) awarding the Gammon Gold Defendants costs and disbursements; and (iii) awarding the Gammon Gold Defendants any other relief that the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that the Court has established the following schedule for the briefing of this motion pursuant to the Stipulation between the parties dated December 3, 2007:

1. Service and filing of moving papers – December 21, 2007;
2. Service and filing of answering papers – January 25, 2008;
3. Service and filing of reply papers – February 15, 2008.

PLEASE TAKE FURTHER NOTICE that the Gammon Gold Defendants request oral argument on this motion.

| | |
|---|---|
| DATED: New York, New York<br>December 21, 2007 | DORSEY & WHITNEY LLP<br><br>/s/Brooke E. Pietrzak_____<br>Brooke E. Pietrzak (BP-7314)<br><br>250 Park Avenue<br>New York, NY 10177<br>(212) 415-9200<br><br>Thomas P. Swigert (admitted *pro hac vice*)<br>F. Matthew Ralph (*pro hac vice* pending)<br>John Rock (admitted *pro hac vice*)<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-2600<br><br>*Attorneys for Defendants Gammon Gold Inc., Fred George, Bradley Langille, Russell Barwick, and Colin Sutherland (collectively, the "Gammon Gold Defendants")* |

TO:   Debra J. Guzov, Esq.
      David J. Kaplan, Esq.
      GUZOV OFSINK, LLC
      600 Madison Avenue, 14th Floor
      New York, New York 10022

      Attorneys for Plaintiff

      Daniel R. Murdock, Esq.
      FULBRIGHT & JAWORSKI LLP
      666 Fifth Avenue
      New York, New York 10103

      Attorneys for Defendants BMO Nesbitt Burns Inc.,
      Scotia Capital Inc. and TD Securities Inc.

3