Brooke E. Pietrzak (BP-7314)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

Thomas P. Swigert (admitted *pro hac vice*)
F. Matthew Ralph (*pro hac vice* pending)
John Rock (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Attorneys for Defendants Gammon Gold Inc.,*
*Fred George, Bradley Langille,*
*Russell Barwick, and Colin Sutherland*
*(collectively, the "Gammon Defendants")*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDAS FUND, INC., | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GAMMON GOLD INC., FRED GEORGE, BRADLEY LANGILLE, RUSSELL BARWICK, COLIN SUTHERLAND, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC., | ) Index No. 07 CV 6707 (NRB) |
| Defendants. | ) |

**RULE 7.1(a) STATEMENT FOR DEFENDANT GAMMON GOLD INC.**

The undersigned attorneys for defendant Gammon Gold Inc. make the following

disclosure to the Court pursuant to Fed. R. Civ. P. 7.1(a):

Defendant Gammon Gold Inc. is a publicly traded corporation and no publicly held corporation owns 10% or more of its stock.


DATED: December 21, 2007                    DORSEY & WHITNEY LLP

                                            /s/ Brooke E. Pietrzak
                                            Brooke E. Pietrzak (BP-7314)
                                            250 Park Avenue
                                            New York, NY 10177
                                            (212) 415-9200

                                            Thomas P. Swigert (admitted *pro hac vice*)
                                            F. Matthew Ralph (*pro hac vice* pending)
                                            John Rock (admitted *pro hac vice*)
                                            50 South Sixth Street, Suite 1500
                                            Minneapolis, MN 55402
                                            (612) 340-2600

                                            *Attorneys for Defendants Gammon Gold Inc.,*
                                            *Fred George, Bradley Langille, Russell*
                                            *Barwick, and Colin Sutherland (collectively, the*
                                            *"Gammon Gold Defendants")*