Brooke E. Pietrzak (BP-7314)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

Thomas P. Swigert (admitted *pro hac vice*)
F. Matthew Ralph (*pro hac vice* pending)
John Rock (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Attorneys for Defendants Gammon Gold Inc.,*
*Fred George, Bradley Langille,*
*Russell Barwick, and Colin Sutherland*
*(collectively, the "Gammon Defendants")*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

| | |
|---|---|
| MIDAS FUND, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Index No. 07 CV 6707 (NRB) |
| GAMMON GOLD INC., FRED GEORGE, BRADLEY LANGILLE, RUSSELL BARWICK, COLIN SUTHERLAND, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC., | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

------------------------------------------------

**DECLARATION OF JOHN ROCK**

Pursuant to 28 U.S.C. § 1746, John Rock declares under penalty of perjury under the laws of the United States the following:

1.      I am an attorney with the law firm Dorsey & Whitney LLP in Minneapolis, Minnesota. I am a member in good standing of the bar of the Minnesota Supreme Court and I have been admitted in this action *pro hac vice*. I am one of the attorneys representing Gammon Gold Inc., Fred George, Bradley Langille, Russell Barwick, and Colin Sutherland in this matter. This Declaration is filed in support of the aforementioned Defendants Motion to Dismiss the Second Amended Complaint.

2.      Attached as **Exhibit 1** is a true and correct copy of a January 11, 2007 press release, entitled "Gammon Lake Declares Commercial Production at the Ocampo Gold-Silver Mine."

3.      Attached as **Exhibit 2** is a true and correct copy of a January 16, 2007 press release, entitled "Gammon Lake Resources Reports High Grade Discoveries in New Areas of the Ocampo Underground Mine."

4.      Attached as **Exhibit 3** is a true and correct copy of a January 22, 2007 press release, entitled "Gammon Lake Announces Results of Yearly Exploration Drilling at the Ocampo Gold-Silver Mine."

5.      Attached as **Exhibit 4** is a true and correct copy of a January 29, 2007 press release, entitled "Gammon Lake Announces New Drill Results from 2006 Exploration Program at the El Cubo – Las Torres Mine Complex."

6.      Attached as **Exhibit 5** is a true and correct copy of the transcript of the presentation by Gammon Gold at the February 2007 BMO Capital Markets 16th Annual Global Resources Conference. This transcript was transcribed by my office from a true and correct audio recording of the presentation.

7. Attached as **Exhibit 6** is a true and correct copy of relevant pages from presentation materials from the February 2007 BMO Capital Markets 16th Annual Global Resources Conference, entitled "A New World-Class Intermediate Gold-Silver Company."

8. Attached as **Exhibit 7** is a true and correct copy of a March 28, 2007 press release, entitled "Gammon Lake to Release 2006 Annual Financial Results April 2, 2007."

9. Attached as **Exhibit 8** is a true and correct copy of an April 2, 2007 press release, entitled "Gammon Lake Resources Announces 2006 Annual Financial Results."

10. Attached as **Exhibit 9** is a true and correct copy of an April 3, 2007 press release, entitled "Gammon Lake Resources Board of Directors Appoints Russell Barwick as CEO."

11. Attached as **Exhibit 10** is a true and correct copy of an April 9, 2007 press release, entitled "Gammon Lake Announces CDN$200 Million Offering."

12. Attached as **Exhibit 11** is a true and correct copy of Amendment No. 1 to Form F-10 for Gammon Lake Resources Inc. (the "Registration Statement"), as filed with Securities and Exchange Commission on April 10, 2007.

13. Attached as **Exhibit 12** is a true and correct copy of an April 24, 2007 press release, entitled "Gammon Lake Resources Announces Completion of Public Offering."

14. Attached as **Exhibit 13** is a true and correct copy of a May 1, 2007 press release, entitled "Gammon Lake Resources Board of Directors Appoints Glenn Hynes as CFO."

15. Attached as **Exhibit 14** is a true and correct copy of a May 10, 2007 press release, entitled "Gammon Lake to Release First Quarter 2007 Financial Results Today."

16. Attached as **Exhibit 15** is a true and correct copy of a May 10, 2007 press release, entitled "Gammon Lake Resources Announces First Quarter 2007 Financial Results."

17.     Attached as **Exhibit 16** is a true and correct copy of Gammon Lake Resources Inc. Management Discussion and Analysis for the three months ended March 31, 2007, dated May 10, 2007.

18.     Attached as **Exhibit 17** is a true and correct copy of relevant pages from the Form 40-F with Annual Information Form for Gammon Lake Resources Inc. for fiscal year ended December 31, 2005.

19.     Attached as **Exhibit 18** is a true and correct copy of relevant pages from the Form 40-F with Annual Information Form for Gammon Lake Resources Inc. for fiscal year ended December 31, 2006.

20.     Attached as **Exhibit 19** is a true and correct copy of a letter, dated September 27, 2007 from plaintiff's counsel to the Court.

21.     Attached as **Exhibit 20** is a true and correct copy of a letter, dated October 1, 2007, from the Court to counsel for plaintiff and Gammon Gold Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on December 21, 2007                                        s/ John Rock