# Exhibit 3



# Gammon Lake Resources Inc.
1601 Lower Water Street, Suite 402, Summit Place, PO Box 2067, Halifax, NS B3J 2Z1
Tel: 902-468-0614, Fax: 902-468-0631, Website: www.gammonlake.com
TSX: GAM / AMEX: GRS / BSX: GL7

PRESS RELEASE

Halifax, January 22, 2007

## Gammon Lake Announces Results of Yearly Exploration Drilling at the Ocampo Gold-Silver Mine

**Results of 124 New Drill Holes, Producing 200 Intervals Above Cut Off Grades, to be Compiled to Significantly Expand Resources and Reserves at Ocampo**

**Underground Holes OU-307 Intersects 5.0-Metres Averaging 29.7 Grams per Tonne Gold Equivalent, OU-294 Intersects 5.0-Metres Averaging 33.1 Grams per Tonne Gold Equivalent, and OU-291 Intersects 5.1-Metres Averaging 22.3 Grams per Tonne Gold Equivalent**

**Open Pit Holes OG-323 Intersects 36.0-Metres Averaging 7.2 Grams per Tonne Gold Equivalent, Including 2.0-Metres Averaging 81.1 Grams per Tonne Gold Equivalent, and OG-330 Intersects 14.9-Metres Averaging 17.0 Grams per Tonne Gold Equivalent, Including 2.5-Metres Averaging 97.3 Grams per Tonne Gold Equivalent**

**Gammon Lake Resources Inc.** ("Gammon Lake") (TSX:GAM and AMEX:GRS) is pleased to announce the results of new exploration drilling completed at the Company's Ocampo Gold-Silver Project in Chihuahua, Mexico. Exploration drilling at Ocampo continues to intersect high grade ore shoots and continues to enlarge Ocampo gold-silver deposits. The 124 new drill holes completed at Ocampo produced 200 intervals above cut off grades, representing a 74% success rate for the 2006 drilling campaign. This success rate is in line with the average 75% success rate that Ocampo has realized over the past 8 years, and further demonstrates the exceptional exploration potential of the Ocampo deposits. The data collected from this exploration work will be compiled to further expand the current resources and reserves at Ocampo.

### Ocampo Underground Veins Average 8.2 Grams per Tonne, Over Average Widths of 2.9-Metres, Confirming Continuity of These High Grade Structures

A total of 109 drill holes were completed in the Northeast Underground project area at Ocampo during 2006, averaging 8.2 grams per tonne gold equivalent, over average widths of 2.9-metres. These 109 drill holes contained 129 mill mining grade intervals above the 3.0 gram per tonne gold equivalent cut-off. Eight specific veins were targeted. The following table summarizes the successful intercepts within each vein:

| Table 1: Summary of Exploration Results by Structure | | | | | |
|---|---|---|---|---|---|
| Structure Name | Number of Intervals | Average Interval Width (m) | Average Gold Grade (g/t) | Average Silver Grade (g/t) | Average Gold Equivalent Grade (g/t) |
| Las Animas | 35 | 3.7 | 5.42 | 266 | 10.74 |
| Aventurero | 28 | 2.1 | 4.56 | 121 | 6.98 |
| Balvanera | 25 | 1.6 | 4.23 | 140 | 7.04 |
| La Esperanza | 2 | 1.0 | 1.85 | 153 | 4.90 |
| San Juan | 20 | 3.7 | 3.10 | 192 | 6.98 |
| Los Muertos | 3 | 0.9 | 2.10 | 93 | 3.93 |
| Maria | 13 | 4.8 | 2.83 | 353 | 9.90 |
| San Jose | 3 | 1.5 | 2.74 | 202 | 6.78 |
| Weighted Average | | 2.9 | 3.60 | 228 | 8.17 |

Gold equivalent values are calculated based on 50 grams of silver = 1 gram of gold using a gold price of US $600/oz and a silver price of US $12.00/oz.

These drill results, combined with the 767-metres of exploration drifting completed on Ocampo underground veins, averaging 11.55 grams per tonne gold equivalent, over widths of 2.33-metres (see press release dated 01/16/2007) are currently being complied to further increase the resources and reserves contained within the Ocampo Northeast project area. Table 2 summarizes the drilling results from exploration completed in the Northeast Underground project area in 2006.

| Table 2: Newly Reported Drill Results from the Ocampo Northeast Underground Project Area | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
| Las Animas | OU-286 | 213.1 | 214.6 | 1.5 | 4.86 | 7 | 5.0 |
| Las Animas | OU-291 | 172.0 | 177.1 | 5.1 | 7.39 | 748 | 22.3 |
| Las Animas | OU-294 | 190.0 | 195.0 | 5.0 | 19.31 | 689 | 33.1 |
| Las Animas | OU-295 | 154.5 | 156.0 | 1.5 | 4.36 | 23 | 4.8 |
| | and | 166.0 | 169.0 | 3.0 | 3.80 | 138 | 6.6 |
| Las Animas | OU-297 | 108.0 | 109.0 | 1.0 | 1.41 | 139 | 4.2 |
| | and | 149.0 | 154.5 | 5.5 | 4.42 | 267 | 9.8 |
| | including | 151.0 | 153.0 | 2.0 | 10.74 | 659 | 23.9 |
| Las Animas | OU-298 | 151.5 | 161.0 | 9.5 | 3.28 | 49 | 4.3 |
| | including | 153.0 | 156.0 | 3.0 | 6.14 | 104 | 8.2 |
| | including | 157.0 | 158.0 | 1.0 | 2.93 | 28 | 3.5 |
| | including | 160.0 | 161.0 | 1.0 | 2.52 | 37 | 3.3 |
| Las Animas | OU-300 | 154.8 | 161.0 | 6.2 | 2.04 | 92 | 3.9 |
| | including | 154.8 | 157.9 | 3.1 | 3.24 | 103 | 5.3 |
| | and | 171.0 | 172.5 | 1.5 | 3.83 | 26 | 4.4 |
| Las Animas | OU-302 | 144.0 | 150.6 | 6.6 | 5.10 | 212 | 9.3 |
| Las Animas | OU-306 | 81.0 | 94.5 | 13.5 | 6.64 | 231 | 11.3 |
| Las Animas | OU-307 | 156.0 | 161.0 | 5.0 | 6.49 | 1159 | 29.7 |
| Las Animas | OU-310 | 155.4 | 157.4 | 2.0 | 2.37 | 85 | 4.1 |
| Las Animas | OU-313 | 145.1 | 158.0 | 12.9 | 4.92 | 184 | 8.6 |
| | including | 145.1 | 146.1 | 1.0 | 27.50 | 946 | 46.4 |
| Las Animas | OU-316 | 97.5 | 100.5 | 3.0 | 4.37 | 24 | 4.8 |
| | including | 97.5 | 99.0 | 1.5 | 7.32 | 30 | 7.9 |

| Table 2: Newly Reported Drill Results from the Ocampo Northeast Underground Project Area continued... | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
| Las Animas | OU-319 | 17.0 | 20.0 | 3.00 | 0.47 | 298 | 6.4 |
| Las Animas | OU-321 | 207.0 | 221.0 | 14.0 | 7.97 | 398 | 15.9 |
|  | including | 210.2 | 217.8 | 7.6 | 13.05 | 671 | 26.5 |
| Las Animas | OU-322 | 167.1 | 174.0 | 6.9 | 2.31 | 41 | 3.1 |
|  | including | 168.0 | 169.0 | 1.0 | 3.02 | 61 | 4.2 |
|  | including | 172.0 | 173.0 | 1.0 | 4.60 | 37 | 5.3 |
| Las Animas | OU-371 | 167.0 | 168.0 | 1.0 | 2.7 | 27 | 3.2 |
| Las Animas | OU-376 | 163.0 | 164.0 | 1.0 | 8.68 | 1535 | 39.4 |
|  | and | 173.0 | 174.0 | 1.0 | 1.00 | 165 | 4.3 |
|  | and | 176.0 | 177.0 | 1.0 | 1.46 | 131 | 4.1 |
| Las Animas | OU-377 | 164.0 | 171.0 | 7.0 | 2.13 | 84 | 3.8 |
|  | including | 169.0 | 170.0 | 1.0 | 5.08 | 129 | 7.7 |
| Las Animas | OU-382 | 58.0 | 60.0 | 2.0 | 21.56 | 386 | 29.3 |
|  | including | 58.0 | 59.0 | 1.0 | 38.90 | 464 | 48.2 |
| Las Animas | OU-300 | 117.0 | 118.0 | 1.0 | 2.87 | 192 | 6.7 |
| Las Animas | OU-302 | 118.0 | 119.0 | 1.0 | 3.95 | 122 | 6.4 |
| Las Animas | OU-306 | 106.5 | 108.0 | 1.5 | 0.16 | 289 | 5.9 |
| Las Animas | OU-310 | 83.5 | 84.5 | 1.0 | 4.88 | 232 | 9.5 |
|  | and | 87.5 | 88.5 | 1.0 | 2.94 | 149 | 5.9 |
|  | and | 95.5 | 96.5 | 1.0 | 2.87 | 42 | 3.7 |
|  | and | 126.3 | 127.3 | 1.0 | 3.79 | 12 | 4.0 |
|  | and | 129.3 | 130.3 | 1.0 | 2.97 | 42 | 3.8 |
| Las Animas | OU-322 | 129.0 | 130.5 | 1.5 | 3.04 | 40 | 3.8 |
|  | and | 147.0 | 148.0 | 1.0 | 7.13 | 141 | 10.0 |
| Aventurero | OU-324 | 163.0 | 164.0 | 1.0 | 1.46 | 157 | 4.6 |
| Aventurero | OU-323 | 171.8 | 175.0 | 3.2 | 4.28 | 26 | 4.8 |
| Aventurero | OU-300 | 126.7 | 127.6 | 0.9 | 5.09 | 188 | 8.9 |
| Aventurero | OU-312 | 126.4 | 127.3 | 0.9 | 6.78 | 66 | 8.1 |
| Aventurero | OU-315 | 136.0 | 139.0 | 3.0 | 5.31 | 42 | 6.2 |
| Aventurero | OU-316 | 162.0 | 166.0 | 4.0 | 2.37 | 54 | 3.4 |
|  | including | 165.0 | 166.0 | 1.0 | 6.81 | 146 | 9.7 |
| Aventurero | OU-305 | 81.0 | 82.0 | 1.0 | 2.65 | 32 | 3.3 |
| Aventurero | OU-308 | 123.5 | 124.5 | 1.0 | 3.51 | 5 | 3.6 |
| Aventurero | OU-325 | 124.0 | 129.0 | 5.0 | 6.35 | 97 | 8.3 |
| Aventurero | OU-326 | 0.0 | 1.5 | 1.5 | 7.30 | 818 | 23.7 |
|  | and | 120.0 | 121.0 | 1.0 | 2.77 | 38 | 3.5 |
| Aventurero | OU-327 | 98.0 | 99.0 | 1.0 | 2.90 | 79 | 4.5 |
|  | and | 107.0 | 108.0 | 1.0 | 2.62 | 393 | 10.5 |
|  | and | 142.0 | 143.0 | 1.0 | 5.99 | 33 | 6.7 |
| Aventurero | OU-328 | 133.0 | 134.0 | 1.0 | 6.79 | 86 | 8.5 |
| Aventurero | OU-329 | 137.0 | 147.0 | 10.0 | 2.75 | 44 | 3.6 |
|  | including | 139.5 | 141.0 | 1.5 | 4.85 | 23 | 5.3 |
|  | including | 144.0 | 145.0 | 1.0 | 4.29 | 196 | 8.2 |
|  | including | 146.0 | 147.0 | 1.0 | 3.34 | 96 | 5.3 |
| Aventurero | OU-330 | 138.0 | 142.0 | 4.0 | 3.50 | 48 | 4.5 |
|  | including | 140.0 | 141.0 | 1.0 | 10.15 | 56 | 11.3 |

| Table 2: Newly Reported Drill Results from the Ocampo Northeast Underground Project Area continued… | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
| Aventurero | OU-331 | 63.0 | 64.0 | 1.0 | 1.56 | 95 | 3.5 |
| Aventurero | OU-332 | 80.6 | 82.0 | 1.4 | 13.48 | 547 | 24.4 |
| Aventurero | OU-336 | 83.0 | 84.0 | 1.0 | 3.70 | 27 | 4.2 |
| Aventurero | OU-338 | 93.0 | 94.3 | 1.3 | 2.88 | 25 | 3.4 |
| Aventurero | OU-347 | 57.0 | 62.4 | 5.4 | 7.71 | 270 | 13.1 |
|  | including | 58.4 | 61.8 | 3.4 | 11.81 | 385 | 19.5 |
| Aventurero | OU-353 | 69.0 | 70.5 | 1.5 | 2.66 | 44 | 3.5 |
| Aventurero | OU-353 | 99.0 | 100.0 | 1.0 | 1.66 | 213 | 5.9 |
| Aventurero | OU-357 | 81.0 | 82.0 | 1.0 | 1.52 | 141 | 4.3 |
| Aventurero | OU-358 | 105.4 | 106.5 | 1.1 | 13.75 | 264 | 19.0 |
| Aventurero | OU-324 | 99.0 | 100.5 | 1.5 | 4.11 | 12 | 4.4 |
|  | and | 109.0 | 110.0 | 1.0 | 2.53 | 55 | 3.6 |
| Balvanera | OU-290 | 101.1 | 102.0 | 0.9 | 4.37 | 271 | 9.8 |
| Balvanera | OU-291 | 68.5 | 69.3 | 0.8 | 2.84 | 26 | 3.4 |
| Balvanera | OU-294 | 113.0 | 114.5 | 1.5 | 4.30 | 40 | 5.1 |
| Balvanera | OU-295 | 43.3 | 45.0 | 1.7 | 3.87 | 106 | 6.0 |
|  | and | 64.0 | 65.0 | 1.0 | 2.05 | 172 | 5.5 |
| Balvanera | OU-297 | 64.5 | 66.0 | 1.5 | 2.10 | 345 | 9.0 |
| Balvanera | OU-298 | 39.0 | 39.7 | 0.7 | 3.65 | 86 | 5.4 |
| Balvanera | OU-300 | 34.0 | 36.7 | 2.7 | 4.82 | 146 | 7.8 |
|  | including | 34.9 | 36.7 | 1.8 | 6.70 | 206 | 10.8 |
|  | and | 52.5 | 57.0 | 4.5 | 0.88 | 135 | 3.6 |
|  | including | 55.5 | 57.0 | 1.5 | 1.35 | 339 | 8.1 |
| Balvanera | OU-305 | 28.8 | 30.0 | 1.2 | 2.16 | 100 | 4.2 |
| Balvanera | OU-307 | 54.6 | 56.4 | 1.8 | 13.30 | 171 | 16.7 |
| Balvanera | OU-310 | 28.0 | 29.0 | 1.0 | 4.96 | 20 | 5.4 |
|  | and | 33.7 | 34.7 | 1.0 | 2.30 | 86 | 4.0 |
| Balvanera | OU-313 | 42.1 | 43.1 | 1.0 | 2.90 | 64 | 4.2 |
|  | and | 58.9 | 60.0 | 1.1 | 6.56 | 322 | 13.0 |
|  | and | 67.0 | 68.0 | 1.0 | 4.86 | 240 | 9.7 |
| Balvanera | OU-320 | 30.0 | 35.2 | 5.2 | 2.74 | 109 | 4.9 |
| Balvanera | OU-322 | 41.0 | 42.0 | 1.0 | 2.86 | 128 | 5.4 |
| Balvanera | OU-324 | 133.5 | 135.0 | 1.5 | 2.98 | 89 | 4.8 |
| Balvanera | OU-371 | 48.7 | 51.0 | 2.3 | 14.46 | 43 | 15.3 |
|  | including | 48.7 | 49.6 | 0.9 | 32.40 | 639 | 45.2 |
|  | including | 50.2 | 51.0 | 0.8 | 3.79 | 37 | 4.5 |
| Balvanera | OU-372 | 49.0 | 51.0 | 2.0 | 4.23 | 149 | 7.2 |
| Balvanera | OU-383 | 55.0 | 57.0 | 2.0 | 3.11 | 201 | 7.1 |
|  | including | 55.0 | 56.0 | 1.0 | 5.03 | 314 | 11.3 |
| Balvanera | OU-374 | 158.0 | 159.0 | 1.0 | 1.50 | 229 | 6.1 |
| Balvanera | OU-377 | 149.0 | 150.0 | 1.0 | 1.84 | 134 | 4.5 |
|  | and | 154.0 | 155.0 | 1.0 | 5.50 | 231 | 10.1 |
| La Esperanza | OU-320 | 294.0 | 295.0 | 1.0 | 2.20 | 204 | 6.3 |
| La Esperanza | OU-339 | 85.8 | 86.8 | 1.0 | 1.49 | 101 | 3.5 |
| San Juan | OG-315 | 0.0 | 13.0 | 13.0 | 0.38 | 7 | 0.5 |
|  | and | 29.0 | 34.0 | 5.0 | 0.46 | 2 | 0.5 |
|  | and | 96.0 | 97.5 | 1.5 | 1.00 | 2 | 1.0 |

| Table 2: Newly Reported Drill Results from the Ocampo Northeast Underground Project Area continued… | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
| San Juan | OG-315 | 114.5 | 115.4 | 0.9 | 2.96 | 63 | 4.2 |
|  | and | 118.2 | 119.3 | 1.1 | 0.42 | 21 | 0.8 |
|  | and | 127.5 | 129.0 | 1.5 | 0.42 | 10 | 0.6 |
| San Juan | OG-318 | 129.5 | 131.0 | 1.5 | 0.19 | 9 | 0.4 |
|  | and | 133.5 | 135.0 | 1.5 | 0.22 | 7 | 0.4 |
| San Juan | OU-324 | 183.0 | 193.5 | 10.5 | 6.55 | 441 | 15.4 |
|  | including | 184.0 | 189.0 | 5.0 | 11.73 | 914 | 30.0 |
| San Juan | OU-329 | 162.0 | 178.0 | 16.0 | 2.80 | 83 | 4.5 |
|  | including | 168.0 | 173.0 | 5.0 | 5.28 | 208 | 9.4 |
| San Juan | OU-358 | 117.0 | 118.4 | 1.4 | 2.78 | 211 | 7.0 |
|  | including | 117.0 | 117.5 | 0.5 | 5.78 | 564 | 17.1 |
|  | and | 126.0 | 127.5 | 1.5 | 7.04 | 18 | 7.4 |
| San Juan | OU-360 | 105.0 | 108.0 | 3.0 | 2.63 | 366 | 9.9 |
| San Juan | OU-361 | 125.7 | 126.7 | 1.0 | 1.74 | 141 | 4.6 |
| San Juan | OU-363 | 141.8 | 142.8 | 1.0 | 1.75 | 208 | 5.9 |
| San Juan | OU-364 | 113.8 | 116.0 | 2.2 | 3.31 | 390 | 11.1 |
|  | including | 113.8 | 114.4 | 0.6 | 9.82 | 1305 | 35.9 |
| San Juan | OU-366 | 159.6 | 163.6 | 4.0 | 8.65 | 749 | 23.6 |
|  | including | 159.6 | 160.6 | 1.0 | 32.10 | 2810 | 88.3 |
|  | including | 162.6 | 163.6 | 1.0 | 1.53 | 132 | 4.2 |
| San Juan | OU-367 | 91.5 | 95.3 | 3.8 | 4.04 | 355 | 11.1 |
|  | including | 91.5 | 92.0 | 0.5 | 4.89 | 426 | 13.4 |
|  | including | 93.6 | 94.6 | 1.0 | 11.65 | 1010 | 31.9 |
| San Juan | OU-369 | 91.0 | 92.7 | 1.7 | 7.99 | 299 | 14.0 |
| San Juan | OU-370 | 103.5 | 105.0 | 1.5 | 4.83 | 344 | 11.7 |
|  | including | 103.5 | 104.5 | 1.0 | 6.3 | 490 | 16.1 |
| Los Muertos | OU-325 | 146.6 | 147.8 | 1.2 | 1.60 | 140 | 4.4 |
| Los Muertos | OU-365 | 49.5 | 50.0 | 0.5 | 1.58 | 106 | 3.7 |
| Los Muertos | OU-368 | 169.8 | 170.8 | 1.0 | 2.91 | 29 | 3.5 |
| Maria | OU-292 | 91.0 | 92.0 | 1.0 | 2.68 | 78 | 4.2 |
| Maria | OU-342 | 50.4 | 52.5 | 2.1 | 3.21 | 835 | 19.9 |
| Maria | OU-343 | 24.0 | 25.1 | 1.1 | 1.35 | 137 | 4.1 |
| Maria | OU-344 | 19.5 | 21.0 | 1.5 | 0.96 | 145 | 3.9 |
| Maria | OU-345 | 29.3 | 34.0 | 4.7 | 9.93 | 1199 | 33.9 |
| Maria | OU-346 | 54.0 | 55.0 | 1.0 | 0.37 | 210 | 4.6 |
| Maria | OU-348 | 52.0 | 53.0 | 1.0 | 6.26 | 399 | 14.2 |
| Maria | OU-350 | 48.0 | 51.0 | 3.0 | 3.02 | 211 | 7.2 |
|  | including | 48.0 | 49.5 | 1.5 | 4.38 | 373 | 11.8 |
|  | and | 141.5 | 142.0 | 0.5 | 5.98 | 438 | 14.7 |
|  | and | 153.9 | 154.5 | 0.6 | 2.79 | 109 | 5.0 |
| Maria | OU-351 | 53.0 | 86.0 | 33.0 | 2.17 | 272 | 7.6 |
|  | including | 55.0 | 64.0 | 9.0 | 4.84 | 443 | 13.7 |
|  | including | 61.0 | 64.0 | 3.0 | 4.90 | 446 | 13.8 |
|  | including | 66.0 | 72.0 | 6.0 | 3.47 | 580 | 15.1 |

| Table 2: Newly Reported Drill Results from the Ocampo Northeast Underground Project Area continued... | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
| Maria | OU-352 | 52.5 | 63.0 | 10.5 | 1.89 | 297 | 7.8 |
| | and | 84.0 | 86.0 | 2.0 | 2.42 | 220 | 6.8 |
| | including | 84.0 | 85.0 | 1.0 | 3.61 | 334 | 10.3 |
| San Jose | OG-325 | 191.0 | 192.0 | 1.0 | 5.09 | 388 | 12.9 |
| San Jose | OG-327 | 236.0 | 238.0 | 2.0 | 2.01 | 145 | 4.9 |
| | and | 240.0 | 241.5 | 1.5 | 2.16 | 154 | 5.2 |

Gold equivalent values are calculated based on 50 grams of silver = 1 gram of gold using a gold price of US $600/oz and a silver price of US $12.00/oz. Holes 283-285,287-289,293,296,299,301,303-304,309,311,314,317-318,326,328-329,333-335,337-338, 340-341,346,349,354-356,359,362,373,375,378-381 & 384-386 encountered low grades.

**Exploration Drilling in the Open Pit Area to Significantly Increase Project Resources and Reserves**

The San Ramon and Picacho structures have delivered some of the highest grade intercepts in the Open Pit project area in the past, and this trend continued throughout the 2006 exploration drilling campaign. Of particular significance are holes OG-317, OG-321, OG-323 and OG-330. These four holes encountered intervals of very high grade material that will be directed to the Ocampo Mill for processing where recovery rates are 96% for gold and 93% for silver (versus 87% for gold and 72% for silver for high grade material stacked on the Ocampo heap leach).

A total of 15 drill holes were completed in the Open Pit project area, and the high grade San Ramon ore body continues to provide the best intercepts to date. In particular, hole OG-317 contained 21-metres grading 3.2 grams per tonne gold equivalent (1.42 grams per tonne gold and 89 grams per tonne silver). This includes 4.1-meters of mill grade material grading 13.6 grams per tonne gold equivalent (6.05 grams per tonne gold and 376 grams per tonne silver).

Hole OG-323 contained 23-metres grading 1.3 grams per tonne gold equivalent (0.68 grams per tonne gold and 32 grams per tonne silver) and 36-metres grading 7.2 grams per tonne gold equivalent (2.99 grams per tonne gold and 211 grams per tonne silver). This intercept suggests a substantial thickness in San Ramon of mill feed grade. Within the 36-metre interval is a suggested ore shoot of very high grade of 2-metres grading 81.1 grams per tonne gold equivalent (32.33 grams per tonne gold and 2,438 grams per tonne silver). Further down the hole OG-323, a 22.5-metre interval was encountered grading 2.1 grams per tonne gold equivalent (1.28 grams per tonne gold and 43 grams per tonne silver). A total of 86-metres of well mineralized material intersected in this drill hole continues to confirm the extraordinary thickness of the San Ramon ore body.

Also significant within San Ramon is OG-330 containing 14.9-metres of mill feed grade material grading 17.0 grams per tonne gold equivaelent (5.74 grams per tonne gold and 566 grams per tonne silver) and a further 55-metres averaging 0.94 grams per tonne gold equivalent (0.49 grams per tonne gold and 23 grams per tonne silver). Several holes were drilled in the Open Pit project area in splays and returned heap leach mining grade over significant interval widths. Picacho returned a 25.9-metre interval grading 6.4 grams per tonne gold equivalent in hole OG-321 (1.42 grams per tonne gold and 250 grams per tonne silver).

Table 3, summarizes the drilling results from exploration completed in the Open Pit project area in 2006. A total of 15 drill holes were completed, resulting in 71 intercepts above the 0.2 gram per tonne gold equivalent cut off grade for the Open Pit area.

| Table 3: Newly Reported Drill Results from the Ocampo Open Pit Project Area | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
| Veta Libre System | OG-313 | 42.0 | 43.5 | 1.5 | 0.36 | 2 | 0.4 |
| Veta Libre System | OG-316 | 332.8 | 336.0 | 3.2 | 0.30 | 2 | 0.3 |

| Table 3: Newly Reported Drill Results from the Ocampo Open Pit Project Area continued... | | | | | | | |
|---|---|---|---|---|---|---|---|
| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
| Refugio | OG-313 | 183.0 | 203.0 | 20.0 | 0.39 | 12 | 0.6 |
| Refugio cymoide area | OG-314 | 6.0 | 7.0 | 1.0 | 0.41 | 8 | 0.6 |
| | and | 14.0 | 15.0 | 1.0 | 0.33 | 6 | 0.5 |
| | and | 20.0 | 34.0 | 14.0 | 0.65 | 23 | 1.1 |
| Refugio cymoide area | OG-319 | 0.0 | 13.0 | 13.0 | 0.60 | 22 | 1.0 |
| | and | 27.0 | 28.0 | 1.0 | 0.61 | 2 | 0.7 |
| | and | 31.0 | 32.9 | 1.9 | 0.33 | 2 | 0.4 |
| Refugio - Sta Teodora | OG-313 | 210.0 | 219.0 | 9.0 | 0.09 | 11 | 0.3 |
| Refugio - Sta Teodora | OG-319 | 86.0 | 87.5 | 1.5 | 0.41 | 2 | 0.5 |
| Sta Teodora | OG-314 | 149.5 | 151.0 | 1.5 | 0.27 | 20 | 0.7 |
| | and | 163.0 | 164.5 | 1.5 | 0.77 | 47 | 1.7 |
| Plaza de Gallos | OG-316 | 371.0 | 376.5 | 5.5 | 0.53 | 14 | 0.8 |
| | including | 374.0 | 375.0 | 1.0 | 1.76 | 63 | 3.0 |
| Candelaria System | OG-317 | 31.5 | 34.5 | 3.0 | 1.32 | 4 | 1.4 |
| | and | 55.0 | 60.0 | 5.0 | 0.24 | 14 | 0.5 |
| Picacho | OG-321 | 35.0 | 36.5 | 1.5 | 0.96 | 57 | 2.1 |
| | and | 65.8 | 91.7 | 25.9 | 1.42 | 250 | 6.4 |
| | including | 65.8 | 87.2 | 21.4 | 1.64 | 289 | 7.4 |
| | and | 87.2 | 91.7 | 4.5 | 0.36 | 66 | 1.7 |
| Picacho | OG-322 | 55.0 | 56.5 | 1.5 | 0.38 | 29 | 1.0 |
| | and | 90.0 | 93.0 | 3.0 | 1.16 | 14 | 1.4 |
| | and | 97.5 | 103.0 | 5.5 | 0.18 | 12 | 0.4 |
| | and | 106.0 | 107.0 | 1.0 | 0.18 | 13 | 0.4 |
| | and | 114.5 | 119.0 | 4.5 | 0.28 | 22 | 0.7 |
| | and | 123.5 | 125.0 | 1.5 | 0.28 | 7 | 0.4 |
| | and | 137.0 | 138.5 | 1.5 | 0.07 | 16 | 0.4 |
| | and | 158.0 | 159.5 | 1.5 | 0.25 | 19 | 0.6 |
| | and | 165.5 | 167.0 | 1.5 | 0.02 | 19 | 0.4 |
| | and | 177.5 | 185.0 | 7.5 | 0.34 | 4 | 0.4 |
| San Ramon | OG-317 | 87.0 | 108.0 | 21.0 | 1.42 | 89 | 3.2 |
| | including | 91.4 | 95.5 | 4.1 | 6.05 | 376 | 13.6 |
| | including | 103.5 | 108.0 | 4.5 | 0.40 | 10 | 0.6 |
| | and | 113.5 | 117.0 | 3.5 | 0.21 | 22 | 0.6 |
| San Ramon | OG-323 | 3.0 | 4.5 | 1.5 | 0.49 | 2 | 0.5 |
| | and | 39.0 | 62.0 | 23.0 | 0.68 | 32 | 1.3 |
| | including | 46.5 | 62.0 | 15.5 | 0.85 | 44 | 1.7 |
| | including | 60.0 | 61.0 | 1.0 | 1.78 | 146 | 4.7 |
| | and | 69.0 | 105.0 | 36.0 | 2.99 | 211 | 7.2 |
| | including | 81.0 | 83.0 | 2.0 | 32.33 | 2438 | 81.1 |
| | including | 96.0 | 100.0 | 4.0 | 6.85 | 437 | 15.6 |
| | and | 129.0 | 130.5 | 1.5 | 0.18 | 8 | 0.3 |
| | and | 135.0 | 136.5 | 1.5 | 0.80 | 66 | 2.1 |
| | and | 147.0 | 169.5 | 22.5 | 1.28 | 43 | 2.1 |
| | including | 147.0 | 152.0 | 5.0 | 2.48 | 108 | 4.6 |
| | including | 149.0 | 150.0 | 1.0 | 9.40 | 328 | 16.0 |
| | including | 157.5 | 163.0 | 5.5 | 2.80 | 53 | 3.9 |
| | including | 160.0 | 162.0 | 2.0 | 4.68 | 58 | 5.8 |

| Target | Hole | From (m) | To (m) | Interval (m) | Gold (g/t) | Silver (g/t) | Gold Equivalent (g/t) |
|---|---|---|---|---|---|---|---|
| Table 3: Newly Reported Drill Results from the Ocampo Open Pit Project Area continued... |||||||||
| San Ramon | OG-324 | 21.0 | 23.6 | 2.6 | 0.60 | 59 | 1.8 |
| | and | 29.6 | 30.6 | 1.0 | 0.46 | 40 | 1.3 |
| | and | 44.4 | 45.4 | 1.0 | 0.97 | 36 | 1.7 |
| | and | 48.4 | 50.4 | 2.0 | 0.51 | 11 | 0.7 |
| | and | 54.4 | 55.4 | 1.0 | 0.23 | 15 | 0.5 |
| | and | 69.5 | 72.8 | 3.3 | 0.64 | 78 | 2.2 |
| | and | 105.6 | 106.6 | 1.0 | 0.26 | 13 | 0.5 |
| | and | 109.9 | 113.9 | 4.0 | 0.21 | 12 | 0.4 |
| | and | 136.3 | 139.6 | 3.3 | 0.24 | 10 | 0.4 |
| | and | 143.6 | 146.6 | 3.0 | 0.30 | 10 | 0.5 |
| | and | 149.1 | 150.1 | 1.0 | 0.25 | 9 | 0.4 |
| | and | 169.9 | 187.4 | 17.5 | 0.51 | 39 | 1.3 |
| | including | 171.4 | 172.9 | 1.5 | 1.28 | 130 | 3.9 |
| San Ramon | OG-328 | 80.9 | 90.3 | 9.4 | 0.63 | 98 | 2.6 |
| | including | 80.9 | 83.3 | 2.4 | 1.56 | 292 | 7.4 |
| | and | 95.3 | 96.3 | 1.0 | 0.23 | 14 | 0.5 |
| | and | 98.3 | 99.3 | 1.0 | 0.28 | 22 | 0.7 |
| | and | 103.3 | 104.3 | 1.0 | 0.62 | 55 | 1.7 |
| | and | 107.3 | 121.9 | 14.6 | 0.32 | 27 | 0.9 |
| | and | 132.0 | 133.0 | 1.0 | 0.24 | 13 | 0.5 |
| | and | 135.0 | 146.0 | 11.0 | 0.28 | 28 | 0.8 |
| | and | 168.0 | 171.0 | 3.0 | 0.32 | 2 | 0.4 |
| | and | 182.0 | 183.0 | 1.0 | 0.24 | 30 | 0.8 |
| | and | 193.0 | 194.5 | 1.5 | 0.14 | 19 | 0.5 |
| San Ramon | OG-330 | 43.3 | 46.3 | 3.0 | 0.32 | 18 | 0.7 |
| | and | 49.3 | 52.6 | 3.3 | 0.20 | 10 | 0.4 |
| | and | 54.6 | 60.6 | 6.0 | 1.18 | 62 | 2.4 |
| | including | 55.6 | 57.6 | 2.0 | 3.07 | 141 | 5.9 |
| | and | 66.6 | 81.5 | 14.9 | 5.74 | 566 | 17.0 |
| | including | 76.0 | 78.5 | 2.5 | 31.91 | 3272 | 97.3 |
| | and | 92.0 | 117.0 | 25.0 | 0.59 | 27 | 1.1 |
| | including | 97.0 | 98.0 | 1.0 | 2.03 | 129 | 4.6 |
| | including | 101.0 | 104.0 | 3.0 | 1.90 | 59 | 3.1 |
| | and | 130.5 | 160.5 | 30.0 | 0.41 | 20 | 0.8 |
| | including | 159.0 | 160.5 | 1.5 | 2.23 | 130 | 4.8 |
| San Ramon | OG-331 | 75.0 | 76.5 | 1.5 | 3.63 | 50 | 4.6 |
| | and | 118.0 | 119.5 | 1.5 | 0.46 | 2 | 0.5 |
| | and | 136.0 | 137.5 | 1.5 | 0.83 | 2 | 0.9 |
| | and | 152.0 | 153.0 | 1.0 | 0.49 | 2 | 0.5 |
| San Ramon | OG-332 | 0.0 | 3.0 | 3.0 | 0.27 | 7 | 0.4 |
| | and | 6.0 | 9.0 | 3.0 | 0.48 | 18 | 0.8 |
| | and | 12.0 | 48.7 | 36.7 | 0.42 | 3 | 0.5 |
| | including | 12.0 | 15.0 | 3.0 | 0.34 | 5 | 0.4 |
| | including | 23.0 | 36.0 | 13.0 | 0.69 | 3 | 0.7 |
| | including | 31.0 | 35.0 | 4.0 | 1.08 | 2 | 1.1 |
| | including | 45.0 | 48.7 | 3.7 | 0.45 | 2 | 0.5 |

Gold equivalent values are calculated based on 50 grams of silver = 1 gram of gold using a gold price of US $600/oz and a silver price of US $12.00/oz.

*About Gammon Lake*

Gammon Lake Resources Inc. is a Nova Scotia based mineral exploration and mining Company with properties in Mexico. The Company's flagship Ocampo Project is now in commercial production and Gammon Lake is moving toward becoming a low-cost, mid-tier gold and silver producer in 2007. Gammon Lake remains 100% unhedged and is on schedule to produce in excess of 400,000 gold equivalent ounces (208,000 ounces of gold and 8.9-million ounces of silver) per year from the Company's Ocampo and El Cubo Mines.

The qualified person responsible for all technical data reported in this news release is John C. Thornton, Chief Operating Officer. Third party analytical work was performed by ALS Chemex of Vancouver and Florin Labs of Reno, Nevada, employing conventional fire assay analysis techniques. For further information please visit the Gammon Lake website at www.gammonlake.com or contact:

| | |
|---|---|
| Bradley H. Langille | Jodi Eye |
| Chief Executive Officer | Investor Relations |
| Gammon Lake Resources Inc. | Gammon Lake Resources Inc. |
| 902-468-0614 | 902-468-0614 |

*Cautionary Statement*

Cautionary Note to U.S. Investors – Under a Multi Jurisdictional Disclosure System (the "MJDS") adopted by the United States, Gammon Lake is permitted to prepare its mining disclosure in accordance with applicable Canadian securities laws. Consequently, this press release referred to herein, may contain disclosure that is different than, or in some cases not permitted by U.S. securities laws. For example, the United States Securities and Exchange Commission (the "SEC") permits U.S. mining companies, in their filings with the SEC, to disclose only those mineral deposits that a company can economically and legally extract or produce. Under Canadian securities laws, Gammon Lake is permitted to use certain terms, such as "measured," "indicated," and "inferred" "resources," that the SEC guidelines strictly prohibit U.S. registered companies from including in their filings with the SEC. U.S. Investors are urged to consider closely the disclosure in Gammon Lake's Annual Report on Form 40-F (File No. 001-31739), which may be obtained from Gammon Lake, or from the SEC's website at http://www.sec.gov/edgar.shtml.

No stock exchange, securities commission or other regulatory authority has approved or disapproved the information contained herein.

This News Release includes certain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and "forward-looking information" within the meaning of applicable Canadian securities legislation. All statements other than statements of historical fact, included in this release, including, without limitation, statements regarding the annualized production run rate at the Ocampo and El Cubo Mines, potential mineralization and reserves, exploration results, and future plans and objectives of Gammon Lake Resources, are forward-looking statements (or forward-looking information) that involve various risks and uncertainties. There can be no assurance that such statements will prove to be accurate and actual results and future events could differ materially from those anticipated in such statements. Important factors that could cause actual results to differ materially from Gammon Lake's expectations include, among others, risks related to international operations, the actual results of current exploration activities, conclusions of economic evaluations and changes in project parameters as plans continue to be refined as well as future prices of gold and silver, as well as those factors discussed in the section entitled "Risk Factors" in Gammon Lake's Form 40-F and Annual Information Form as filed with the United States Securities and Exchange Commission. Although Gammon Lake has attempted to identify important factors that could cause actual results to differ materially, there may be other factors that cause results not to be as anticipated, estimated or intended.

There can be no assurance that such statements will prove to be accurate as actual results and future events could differ materially from those anticipated in such statements. Accordingly, readers should not place undue reliance on forward-looking statements. Gammon Lake does not undertake to update any forward-looking statements that are included herein, except in accordance with applicable securities laws.

###