# Exhibit 6

# Gammon Lake Resources Inc

## A New World-Class Intermediate Gold-Silver Company



BMO Capital Markets 16th Annual Global Resources Conference, February 2007

    

# Forward Looking Information

## Forward Looking Statements

This presentations includes certain "forward-looking statements". All statements other than statements of historical fact, included in this release, including, without limitation, statements regarding potential mineralization and reserves, exploration results, and future plans and objectives of Gammon Lake, are forward-looking statements that involve various risks and uncertainties. There can be no assurance that such statements will prove to be accurate and actual results and future events could differ materially from those anticipated in such statements. Important factors that could cause actual results to differ materially from Gammon Lake's expectations include, among others, risks related to international operations, the actual results of current exploration activities, conclusions of economic evaluations and changes in project parameters as plans continue to be refined as well as future prices of gold and silver, as well as those factors discussed in the section entitled "Risk Factors" in Gammon Lake's Form 40-F as filed with the United States Securities and Exchange Commission. Although Gammon Lake has attempted to identify important factors that could cause actual results to differ materially, there may be other factors that cause results not to be as anticipated, estimated or intended. There can be no assurance that such statements will prove to be accurate as actual results and future events could differ materially from those anticipated in such statements. Accordingly, readers should not place undue reliance on forward-looking statements.

## Cautionary Note to US Investors Concerning Estimates of Measured, Indicated and Inferred Resources

This presentation uses the terms "Measured", "Indicated" and "Inferred" Resources. U.S. investors are advised that while such terms are recognized and required by Canadian regulations, the Securities and Exchange Commission does not recognize them. "Inferred Resources" have a great amount of uncertainty as to their existence and as to their economic and legal feasibility. It cannot be assumed that all or any part of an inferred resource will ever be upgraded to a higher category. Under Canadian rules, estimates of Inferred Resources may not form the basis of feasibility or other economic studies. U.S. investors are cautioned not to assume that all or any part of Measured or Indicated Resources will ever be converted into reserves. U.S. investors are also cautioned not to assume that all or any part of an Inferred mineral Resource exists, or is economically or legally mineable.

Mr. John Thornton is the qualified person who supervised the preparation of the technical information contained in this presentation, pursuant to National Instrument 43-101.







1

# Gammon Lake

## Gammon Lake
### *A New World-Class Gold-Silver Intermediate Producer*

- World-class reserve and resource base
- Expected full production of more than 400,000 gold equivalent[1] ounces (200,000 ounces of gold and 10,000,000 ounces of silver) annually
- Targeted industry leading low cash cost below US $200 per gold equivalent ounce
- Start up of 2nd underground mine at Ocampo
- Aggressive exploration program of $8M for both Ocampo and El Cubo will lead to continued discoveries – 42,000m at Ocampo and 30,000m at El Cubo

1. Gold equivalent values are based on 50 grams of silver = 1 gram of gold

2







# Production Growth Plan

- 2007 Production:

  Target 400,000 gold equivalent ounces (200,000 ounces of gold and 10,000,000 ounces of silver)

- 2008 Production:

  Target 480,000 gold equivalent ounces (240,000 ounces of gold and 12,000,000 ounces of silver)

- 2009 Production:

  Target 580,000 gold equivalent ounces (280,000 ounces of gold and 15,000,000 ounces of silver)







5