# EXHIBIT C

# PI FINANCIAL

## INSTITUTIONAL EQUITY GROUP

| | | | |
|---|---|---|---|
| To: | Heidi Keating<br>Midas Fund Management | Date: | Oct 10, 2007 |
| From: | *Joe Tibble*<br>*Dave Goguen* | | |
| Toll Free:<br>Fax: | 1-888-525-8811<br>(604) 644-2706 | | |

### Trade Details

| | |
|---|---|
| Broker | *PI Financial Corp* |
| Broker CUID: | PISV |
| Trade Date | Oct 10, 2007 |
| Settlement Date | Oct 15, 2007 |
| Buy /Sell | SELL |
| Stock | Gammon Gold Inc (GAM- TSX) |
| Cusip | 36467T106 |
| Quantity | 95,000 shares |
| Last Sale | 15:59:58 |
| Gross Price | $11.3241 CAD |
| FX rate used: | N/A |
| Gross Trade | $1,075,789.50 CAD |
| Commission | -$2,375.00 CAD |
| **Net trade** | **$1,073,414.50 CAD** |
| Account | Midas Fund Inc |

# PI FINANCIAL 

## INSTITUTIONAL EQUITY GROUP

| | | | |
|---|---|---|---|
| To: | Heidi Keating<br>Midas Fund Management | Date: | Oct 11, 2007 |
| From: | *Joe Tibble*<br>*Dave Goguen* | | |
| Toll Free:<br>Fax: | 1-888-525-8811<br>(604) 644-2706 | | |

### Trade Details

| | |
|---|---|
| Broker | *PI Financial Corp* |
| Broker CUID: | PISV |
| Trade Date | Oct 11, 2007 |
| Settlement Date | Oct 16, 2007 |
| Buy /Sell | SELL |
| Stock | Gammon Gold Inc (GAM- TSX) |
| Cusip | 36467T106 |
| Quantity | 260,000 shares |
| Last Sale | 15:54:12 |
| Gross Price | $11.1095 CAD |
| FX rate used: | N/A |
| Gross Trade | $2,888,470.00 CAD |
| Commission | -$6,500.00 CAD |
| **Net trade** | **$2,881,970.00 CAD** |
| Account | Midas Fund Inc |

# PI FINANCIAL

## INSTITUTIONAL EQUITY GROUP

To: Heidi Keating  
Midas Fund Management

Date: Oct 12, 2007

From: *Joe Tibble*  
*Dave Goguen*

Toll Free: 1-888-525-8811  
Fax: (604) 644-2706

## Trade Details

| | |
|---|---|
| Broker | *PI Financial Corp* |
| Broker CUID: | PISV |
| Trade Date | Oct 12, 2007 |
| Settlement Date | Oct 17, 2007 |
| Buy /Sell | SELL |
| Stock | Gammon Gold Inc (GAM- TSX) |
| Cusip | 36467T106 |
| Quantity | 45,000 shares |
| Last Sale | 10:37:37 |
| Gross Price | 10.5729 CAD |
| FX rate used: | N/A |
| Gross Trade | $475,780.50 CAD |
| Commission | -$1,125.00 CAD |
| **Net trade** | **$474,655.50 CAD** |
| Account | Midas Fund Inc |