UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

MIDAS FUND, INC.

        Plaintiff,

vs.

GAMMON GOLD INC., FRED GEORGE,
BRADLEY LANGILLE, RUSSELL BARWICK,
COLIN SUTHERLAND, BMO NESBITT
BURNS INC., SCOTIA CAPITAL INC.,
and TD SECURITIES INC.

        Defendants.
-----------------------------------------------------------------

Index No. 07 CV 6707 (NRB)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes(s) for:

PHILIP M. SMITH

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: PS 8132

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From:  Winston & Strawn LLP

    To:  Patton Boggs LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ **Address:** 1185 Avenue of the Americas, 30th Floor, New York, NY 10036

☒ **Telephone Number:** (646) 557-5145

☒ **Fax Number:** (646) 557-5101

☒ **E-Mail Address:** pmsmith@pattonboggs.com

Dated: February 11, 2008      Signed: _____
                                           Philip M. Smith

1395