UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIDAS FUND, INC.

    Plaintiff,

vs.

GAMMON GOLD INC., FRED GEORGE,
BRADLEY LANGILLE, RUSSELL BARWICK,
COLIN SUTHERLAND, BMO NESBITT
BURNS INC., SCOTIA CAPITAL INC.,
and TD SECURITIES INC.

    Defendants.

---

Index No. 07 CV 6707 (NRB)

APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BMO NESBITT BURNS INC.,
SCOTIA CAPITAL INC., and
TD SECURITIES, INC.

Dated: February 11, 2008

New York, NY

Respectfully submitted,

By: _____
Daniel R. Murdock (DM 1498)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036

Attorneys for Defendants BMO Nesbitt Burns Inc.,
Scotia Capital Inc., and TD Securities, Inc.

1397