UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

MIDAS FUND, INC.

       Plaintiff,

vs.

GAMMON GOLD INC., FRED GEORGE,
BRADLEY LANGILLE, RUSSELL BARWICK,
COLIN SUTHERLAND, BMO NESBITT
BURNS INC., SCOTIA CAPITAL INC.,
and TD SECURITIES INC.

       Defendants.
-----------------------------------------------------------

Index No. 07 CV 6707 (NRB)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes(s) for:

DANIEL R. MURDOCK

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: DM 1498

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: Winston & Strawn LLP

    To: Patton Boggs LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: 1185 Avenue of the Americas, 30th Floor, New York, NY 10036

☒ Telephone Number: (646) 557-5117

☒ Fax Number: (646) 557-5101

☒ E-Mail Address: dmurdock@pattonboggs.com

Dated: February 12, 2008    Signed: *Daniel R. Murdock*
                                               Daniel R. Murdock

1395