

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDAS FUND, INC.,

                    Plaintiff,

    - against -

GAMMON GOLD, INC.,

                    Defendant.

Index No.: 07-CV-6707 (NRB)

~~[PROPOSED]~~
ORDER FOR ADMISSION
PRO HAC VICE

Upon the Notice of Motion to Admit Counsel Pro Hac Vice and the Declaration in Support of Motion to Admit Counsel Pro Hac Vice, and the exhibits thereto;

IT IS HEREBY ORDERED that FREDERICK M. RALPH is admitted to practice pro hac vice as counsel for defendant Gammon Gold, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.

Dated: ~~November~~ June 19, 200~~7~~8

                                                        _____
                                                              U.S.D.C. Judge